IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JOSEPH MORI,<br><br>Defendant. | Case No. 2:25-CR-00225<br><br>**ORDER DENYING IN PART AND GRANTING IN PART MOTION TO WAIVE LOCAL COUNSEL'S APPEARANCE AT INITIAL APPEARANCE [ECF 18]**<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the Defendant's Motion to Waive Local Counsel Appearance, and that the United States does not object, the Court hereby GRANTS IN PART AND DENIES IN PART THE MOTION as follows:

IT IS HEREBY ORDERED that, pursuant to DUCivR 83-1.1(c)(2)(C) of the Local Rules for the District of Utah, Defendant's Local Counsel, Jeffrey B. Setness, is excused *only from in person* appearance at the August 5, 2025 Initial Appearance. Local counsel however MUST attend via teleconference and call 801-907-4009 a few minutes prior to the hearing. The Defendant and his Pro Hac Vice Counsel Ilene Jaroslaw shall appear in person before U.S. Magistrate Judge Cecilia M. Romero at 10:00 a.m. on August 5, 2025 at the Initial Appearance.

SO ORDERED this  4th   day of  August , 2025

*/s/ Cecilia M. Romero*
CECILIA M. ROMERO
UNITED STATES MAGISTRATE JUDGE