UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant:  Joseph Mori					Docket Number:   2:25CR00225-001

Name of Judicial Officer:	Honorable David B. Barlow
				U.S. District Judge

Date of Release:	June 11, 2025

### PETITIONING THE COURT

To issue a Summons Contact with the defendant to be made by the U.S. Pretrial Officer

### CAUSE

The pretrial service officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about June 17, 2025, the person under supervision transferred, sold, gave away, or conveyed an asset with a value or $5000 or more without the approval of his/her U.S. Probation Officer. The defendant transferred $175,000 to his lawyer for legal fees.

**Allegation No. 2:** On or about June 30, 2025, the person under supervision transferred, sold, gave away, or conveyed an asset with a value of $5000 or more without the approval of his/her U.S. Probation Officer. The defendant purchased a vehicle for $126,887.26 for Trusted Transportation Group Inc.

**Allegation No. 3:** On or about August 25, 2025, the person under supervision transferred, sold, gave away, or conveyed an asset with a value or $5000 or more without the approval of his/her U.S. Probation Officer. The defendant closed an account with Sander Bank that he reported had 1.5 million dollars in it.

**Allegation No. 4:** On or about August 30, 2025, the person under supervision transferred, sold, gave away, or conveyed an asset with a value or $5000 or more without the approval of his/her U.S. Probation Officer. The defendant purchased a vehicle for $76,651.09 for Global Office Group Inc.

Evidence in support of these allegations is derived from U.S. Probation records and direct supervision efforts therein. On September 2, 2025, the defendant admitted in a meeting with his supervising pretrial officer in the Southern District of New York on June 17, 2025, that he completed a wire transfer of $ 175,000 to his attorney for legal fees. Once Pretrial became aware of this, contact was made with the prosecuting attorney, who added the defendant had also purchased two vehicles for two different companies without Pretrial's permission or knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Joseph Mori
2:25CR00225-001

_____
By     Gerald Ponder
       U.S. Pretrial Services Officer
       Date: September 12, 2025

---

**THE COURT ORDERS:**

☒ The issuance of a Summons
☐ The issuance of a Warrant
☐ No action
☐ Other: _____
☐ That the conditions or pretrial release be amended as outlined above
☐ That the Warrant issued on the above date be withdrawn
☐ Previous Petition to be amended and the issuance of a Warrant
☐ Expedited hearing set for: _____ at _____
   before U.S. Magistrate Judge _____

_____
David Barlow
U.S. District Judge

Date: September 25, 2025