**Statement Period**
**Oct 01 2023 - Oct 31 2023**

# Global Office Group inc

Account
**20XXXXXX1064**

**Address**
31 Edge Hill Road
Wappingers Falls, NY, 12590
US

**Thread Bank**
210 East Main St
Rogersville, TN, 37857
US

## Statement Summary

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
| --- | --- | --- | --- | --- |
| Oct 01 | **Opening Balance** | | | **90.40** |
| Oct 01 | Purchase from US COURTS NY SOUTHERN \| Address: 212-805-0607, NY, US \| **1842 | 20.00 | | 70.40 |
| Oct 05 | CASH APP*JOSEPH MORI*AD, 800-9691940, CA, US \| **1842 | 50.00 | | 20.40 |
| Oct 05 | CASH APP*JOSEPH MORI*AD, 800-9691940, CA, US \| **1842 | 10.00 | | 10.40 |
| Oct 18 | CASH APP*JOSEPH MORI*CA, San Francisco, CA, US \| **1842 | | 265.28 | 275.68 |
| Oct 19 | PROG ADVANCED \| INS PREM | 275.50 | | 0.18 |
| Oct 19 | PRINCIPAL TRUST \| DR CR | | 2,268.00 | 2,268.18 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Oct 20 | Purchase from TMOBILE POSTPAID WEB | Address: 800-937-8997, WA, US | **1842 | 408.11 | | 1,860.07 |
| Oct 20 | Purchase from SHOPRITE POUGHKEPSE S1 | Address: POUGHKEEPSIE, NY, US | **1842 | 44.61 | | 1,815.46 |
| Oct 20 | LYLIX LLC, LYLIX LLC, San Jose, CA, US | **1842 | 41.00 | | 1,774.46 |
| Oct 20 | Purchase from EXXON WAPPINGERS FALLS | Address: WAPPINGERS FA, NY, US | **1842 | 24.36 | | 1,750.10 |
| Oct 20 | Purchase from DAIRY QUEEN #13464 | Address: WAPPINGERS FA, NY, US | **1842 | 10.36 | | 1,739.74 |
| Oct 21 | Purchase from SHOPRITE POUGHKEPSE S1 | Address: POUGHKEEPSIE, NY, US | **1842 | 94.98 | | 1,644.76 |
| Oct 21 | Purchase from EXXON WAPPINGERS FALLS | Address: WAPPINGERS FA, NY, US | **1842 | 99.62 | | 1,545.14 |
| Oct 21 | Purchase from Giacomos Pizza Cafe - W | Address: WAPPINGERS FL, NY, US | **1842 | 19.68 | | 1,525.46 |
| Oct 21 | Purchase from SP FLUFFALPACA | Address: 141-34294770, NY, US | **1842 | 211.13 | | 1,314.33 |
| Oct 21 | Purchase from SQ *THE SHOP AROUND THE | Address: Stockbridge, MA, US | **1842 | 22.31 | | 1,292.02 |
| Oct 22 | Purchase from STARBUCKS STORE 07936 | Address: POUGHKEEPSIE, NY, US | **1842 | 14.83 | | 1,277.19 |
| Oct 22 | CASH APP*JOSEPH MOR, 8774174551, CA, US | **1842 | 445.20 | | 831.99 |
| Oct 22 | CASH APP*JOSEPH MOR, 8774174551, CA, US | **1842 | 75.00 | | 756.99 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Oct 22 | Purchase from HAMMERTOWN GREAT BARRIN \| Address: GREAT BARRING, MA, US \| **1842 | 38.25 | | 718.74 |
| Oct 22 | Purchase from WILLIAMS & SONS COUNTRY \| Address: STOCKBRIDGE, MA, US \| **1842 | 20.46 | | 698.28 |
| Oct 23 | Purchase from ADOBE INC. \| Address: 408-536-6000, CA, US \| **1842 | 27.17 | | 671.11 |
| Oct 23 | Purchase from OLIVE GARDEN ZK 0021410 \| Address: POUGHKEEPSIE, NY, US \| **1842 | 63.22 | | 607.89 |
| Oct 24 | Purchase from TST* The Tomato Cafe \| Address: Fishkill, NY, US \| **1842 | 79.38 | | 528.51 |
| Oct 24 | Purchase from SHOPRITE POUGHKEPSE S1 \| Address: POUGHKEEPSIE, NY, US \| **1842 | 4.50 | | 524.01 |
| Oct 24 | Purchase from SHOPRITE POUGHKEPSE S1 \| Address: POUGHKEEPSIE, NY, US \| **1842 | 76.77 | | 447.24 |
| Oct 25 | Purchase from KFC G506011 \| Address: FISHKILL, NY, US \| **1842 | 11.34 | | 435.90 |
| Oct 25 | Purchase from SQ *LEMON LOVE C \| Address: POUGHKEEPSIE, NY, US \| **1842 | 4.00 | | 431.90 |
| Oct 25 | Purchase from THE HOME DEPOT #1207 \| Address: WAPPINGERS FL, NY, US \| **1842 | 53.17 | | 378.73 |
| Oct 25 | Purchase from DRI*AVG Technologies \| Address: www.avg.com, MN, US \| **1842 | 71.35 | | 307.38 |
| Oct 26 | Wire from UTAH RISK MANAGEMENT AGENCY \| SETTLEMENT FOR CLAUDIO & CLAUDIA * MIRANDA | | 779,600.00 | 779,907.38 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Oct 27 | Purchase from SHOPRITE POUGHKEPSE S1 \| Address: POUGHKEEPSIE, NY, US \| **1842 | 57.45 | | 779,849.93 |
| Oct 27 | Purchase from 00418--2503 SOUTH R \| Address: POUGHKEEPSIE, NY, US \| **1842 | 16.75 | | 779,833.18 |
| Oct 27 | Purchase from SQ *LEMON LOVE CORP \| Address: Poughkeepsie, NY, US \| **1842 | 6.00 | | 779,827.18 |
| Oct 29 | Purchase from ADAMS FAIRACRE FARM \| Address: WAPPINGER, NY, US \| **1842 | 4.44 | | 779,822.74 |
| Oct 29 | Purchase from ADAMS FAIRACRE FARM \| Address: WAPPINGER, NY, US \| **1842 | 11.68 | | 779,811.06 |
| Oct 29 | MSFT * | 38.94 | | 779,772.12 |
| Oct 29 | MSFT * | 77.88 | | 779,694.24 |
| Oct 29 | MSFT * | 11.74 | | 779,682.50 |
| Oct 29 | Purchase from Disney Plus \| Address: 888-9057888, CA, US \| **1842 | 10.99 | | 779,671.51 |
| Oct 29 | CASH APP*EVAN, 800-9691940, CA, US \| **1842 | 500.00 | | 779,171.51 |
| Oct 29 | Purchase from MSFT * E0300OQMSR,E0300 \| Address: 800-6427676, WA, US \| **1842 | 713.97 | | 778,457.54 |
| Oct 29 | Purchase from SHOPRITE POUGHKEEPSIE S \| Address: POUGHKEEPSIE, NY, US \| **1842 | 153.76 | | 778,303.78 |
| Oct 29 | CASH APP*JOSEPH MORI*AD, 800-9691940, CA, US \| **1842 | 300.00 | | 778,003.78 |
| Oct 29 | Purchase from PROGRESSIVE *INSURANCE \| Address: 800-776-4737, OH, US \| **1842 | 554.48 | | 777,449.30 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Oct 30 | Global Office Group inc | Transfer | 5,000.00 | | 772,449.30 |
| Oct 30 | Purchase from EXXON WAPPINGERS FALLS | Address: WAPPINGERS FA, NY, US | **1842 | 99.66 | | 772,349.64 |
| Oct 30 | Purchase from ZOHO-ZOHO CORP | Address: HTTPSWWW.ZOHO, CA, US | **1842 | 243.28 | | 772,106.36 |
| Oct 30 | CASH APP*JOSEPH MORI*AD, 800-9691940, CA, US | **1842 | 800.00 | | 771,306.36 |
| Oct 30 | Purchase from VERIZON BILL PAYMENT | Address: VERIZON.COM, FL, US | **1842 | 459.24 | | 770,847.12 |
| Oct 30 | Purchase from SQ *BULK SOLUTIONS, LLC | Address: gosq.com, DE, US | **1842 | 25.00 | | 770,822.12 |
| Oct 30 | Wire to CAT CR3W MOBILE LLC | Services | 3,500.00 | | 767,322.12 |
| Oct 30 | Wire to Global Office Group inc | Services | 50,000.00 | | 717,322.12 |
| Oct 30 | Patricia Harris | Services | 200.00 | | 717,122.12 |
| Oct 30 | Purchase from NAMESILO | Address: 602-492-8198, AZ, US | **1842 | 50.00 | | 717,072.12 |
| Oct 30 | Purchase from E-Z*PASSNY PAYMENT | Address: 800-333-8655, NY, US | **1842 | 75.00 | | 716,997.12 |
| Oct 30 | Purchase from USPS.COM CLICKNSHIP | Address: 800-344-7779, DC, US | **1842 | 9.65 | | 716,987.47 |
| Oct 31 | Purchase from XTREME DIESEL PERFORMAN | Address: 732-7190955, NJ, US | **1842 | 1.91 | | 716,985.56 |
| Oct 31 | Purchase from TX.GOV*SERVICEFEE-DIR | Address: EGOV.COM, TX, US | **1842 | 2.00 | | 716,983.56 |

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|---|---|---|---|---|
| Oct 31 | Purchase from TMOBILE POSTPAID WEB | Address: 800-937-8997, WA, US | **1842 | 170.72 | | 716,812.84 |
| Oct 31 | Purchase from PY *GUARDIAN SELF STORA | Address: WAPPINGER FAL, NY, US | **1842 | 1,379.42 | | 715,433.42 |
| Oct 31 | Purchase from US COURTS NY SOUTHERN | Address: 212-805-0607, NY, US | **1842 | 2,000.00 | | 713,433.42 |
| Oct 31 | CASH APP*JOSEPH MORI*AD, 800-9691940, CA, US | **1842 | 300.00 | | 713,133.42 |
| Oct 31 | Purchase from PANERA BREAD #204742 P | Address: SOUTH POUGHKE, NY, US | **1842 | 36.50 | | 713,096.92 |
| Oct 31 | Wire to Winmarc Enterprises Inc. | Return Loan | 5,000.00 | | 708,096.92 |
| Oct 31 | Purchase from AMZN Mktp US*U036H6LM3 | Address: Amzn.com/bill, WA, US | **1842 | 182.81 | | 707,914.11 |
| Oct 31 | Temprite | Services | 4,000.00 | | 703,914.11 |
| Oct 31 | White Sands | Service | 2,000.00 | | 701,914.11 |
| Oct 31 | CASH APP*JOSEPH MORI*AD, 800-9691940, CA, US | **1842 | 6.00 | | 701,908.11 |
| Oct 31 | CASH APP*JOSEPH MORI*AD, 800-9691940, CA, US | **1842 | 600.00 | | 701,308.11 |
| Oct 31 | Returned due to: RETURN LOAN | Return Loan | | 5,000.00 | 706,308.11 |
| Oct 31 | **Closing Balance** | | | **706,308.11** |

| TYPE | TOTAL FOR THIS PERIOD |
|---|---|
| Fees | 0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transactions, call (888) 205-9304 or send an email at support@relayfi.com if you think your statement or receipt is wrong or if you need more information about a transaction listed in the statement or receipt.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

You will need to provide us:

    a. Your name, account number and/or 16-digit Card number
    b. Describe the error of the transfer you are unsure about and explain in detail why you believe there is an error or why you need more information.
    c. Include the dollar amount of the suspected error.

If you provide this information verbally, we may require that you send your complaint or question in writing within ten (10) business days. We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty- five (45) days to investigate your complaint or question. If we decide to do this, we will credit your Account within ten (10) business days for the amount you think is in error, so that you will have use of the money during the time it takes to complete the investigation. If we ask you to put your complaint or question in writing and you do not provide it within ten (10) business days, we may not credit your Account.

For errors involving a new Account, POS transactions or foreign-initiated transactions, we may take up to ninety (90) days to investigate your complaint or question. For new accounts, we may take up to twenty (20) business days to credit your Account for the amount you think is in error. We will notify you with the results within three (3) business days after completing the investigation. If we decide that there was no error, we will send you a written explanation. You may request copies of the documentation used in the investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think your statement is incorrect, or if you need more information about a transaction on your statement, notify us immediately.

We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but doing so will not preserve your rights.

You will need to provide us:

  a. Your name, account number and/or 16-digit Card number
  b. Describe the error of the transfer you are unsure about and explain in detail why you believe there is an error or why you need more information.
  c. Include the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts of your bill that are not in question. While we investigate your inquiry we cannot report you as delinquent or take any action to collect the amount in question.