FD-302 (Rev. 5-8-10)

-1 of 2-

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    11/06/2023

▇▇▇▇▇ was telephonically interviewed on November 1, 2023. Present on the telephone call was Assistant United States Attorney (AUSA) CARL LESUEUR.

▇▇▇▇▇ represents a client who filed a civil lawsuit against the City of Orem (COO), Utah. The amount of $779,600.00 was approved as the settlement to ▇▇▇▇▇ client. The UTAH RISK MANAGEMENT AGENCY (URMA) represented the COO in the suit and would be making the payment to ▇▇▇▇▇ W.

According to ▇▇▇▇'s Statement of Facts the following occurred:

STATEMENT OF FACTS

1. On or August 2023 I entered into an agreement with the City of Orem for a settlement due to a civil case for $779,600.00
2. On or about August I filed a Conservator petition with the Fourth District Court to have the funds from the settlement approved.
3. On or about October 12, 2023, an email from my email address was sent to the city council providing fraudulent wire transfer and bank information.
4. This wire transfer information contained information about Global Office Group Inc with banking information from Thread Bank at Tennessee. *See Exhibit A*
5. On or about October 16, 2023, I received an email from someone who pretended to be the city counsel requesting my bank information to wire transfer the settlement. I provided the information on October 16, 2023.
6. The information was sent to a nonexistent email address that had replaced the city attorney's email address.
7. On October 25, 2023, Utah Risk Management, the department in charge of transferring the funds made a wire Transfer to Global Office Group Inc.
8. On October 26, 2023, we followed up with the fraudulent email address about the state of the case.

Investigation on   11/01/2023   at   Salt Lake City, Utah, United States (Phone)

File #   288S-SU-3836056                                              Date drafted   11/02/2023

by   PUGMIRE SCOTT DENNEY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

288S-SU-3836056

Continuation of FD-302 of (U) Interview of ███████████ , On 11/01/2023 , Page 2 of 2

9. On October 26, 2023, the fraudulent email address informed us that the transfer had not gone out and told us that we could still get a check. *See Exhibit C*
10. On October 30, 2023, we were informed that the transfer had not gone out. *See Exhibit D*
11. On October 30, 2023, we provided our W9 and information so that we could receive the check.
12. On October 31, 2023, the fraudulent email address responded acknowledging receipt of the email address.

Attached to this report in a digital 1A package are the digital documents provided by ███████ ███████ing her Statement of Facts and the email chain with the subjects.