FD-302 (Rev. 5-8-10)

-1 of 2-

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry  02/09/2024

On February 5, 2024, Task Force Officers (TFO) SCOTT PUGMIRE and CHRISTOPHER CHIN telephonically interviewed JOSEPH MORI, Chief Executive Officer (CEO) and owner of Global Office Group Inc. (GOGI), telephone number (845) 718-9232. MORI was provided the identities of the interviewing agents and provided the following information.

GOGI is an IT company. GOGI is involved in setting up and maintaining blockchain servers, web hosting, and general IT services. GOGI was established approximately five years ago. GOGI uses Thread Bank for its financial needs and has had the account opened for approximately one year. Note: The above-referenced Thread Bank account received a wire transfer from Utah Risk Management Agency – Settlement for Claudio & Claudia on October 26, 2023, for $779,600.00. The funds had been diverted from their intended recipient in a Business Email Compromise (BEC) scam.

MORI sells Bitcoin on the side and thought the wire transfer was related to a Bitcoin purchase. MORI offers the procurement and sale of Bitcoin to customers who may not be able to get an account on legitimate cryptocurrency exchanges due to having red flags. Those with the red flags often don't have passports, Social Security Numbers, or other issues. MORI charges a 10% fee for his services. MORI sources the Bitcoin from miners and other sources. MORI moves the Bitcoin through various wallets and means.

MORI thought the incoming wire was related to his Bitcoin business. MORI recalled seeing the originator of the transaction as the Utah Risk Management Agency – Settlement for Claudio & Claudia. MORI was puzzled by this wire, but it was not uncommon for MORI to receive funds in his account he was not expecting.

After MORI received the funds, he spent approximately 10% of the wire. On October 30, 2023, a wire from his account was sent to CAT CR3W MOBILE LLC for $3,500.00. MORI paid this company for a web development package. The same day MORI wired $50,000.00 to Global Office Group Inc to pay himself. The following day MORI wired $5,000.00 to Winmarc Enterprises Inc. MORI recalled these transactions after they were presented to him.

Investigation on  02/05/2024  at  Salt Lake City, Utah, United States (Phone)

File #  288S-SU-3836056                                         Date drafted  02/06/2024

by  PUGMIRE SCOTT DENNEY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

288S-SU-3836056

Continuation of FD-302 of (U) Interview of JOSEPH MORI , On 02/05/2024 , Page 2 of 2

MORI's Thread Bank account was closed by the bank. MORI didn't receive an explanation from the bank as to why it was closed. MORI did not receive instructions from anyone before receiving the wire transfer. MORI did not know how the money originated into his account.

MORI is willing to return the funds. It will take him some time to gather the funds.

Attached to this report in a physical 1A package are TFO Pugmire's interview notes. A digital copy of the interview notes is included in a digital 1A package.