EXCERPTS OF ROUGH TRANSCRIPT OF
J. MORI INTERVIEW JUNE 11, 2025

SA Helmstetter: So into this account, October 26th of 2023, wire from Utah Risk Management Agency, $779,600.

JOSEPH MORI: Right. That's the one, that's the one.

SA Helmstetter: So walk us through that again. I mean, if I got a wire for that amount,

JOSEPH MORI: Uh huh

SA Helmstetter: I would say, holy shit, and call my bank, what is this for?

JOSEPH MORI: (00:48:25.551 - 00:48:30.394): Well, no,

SA Helmstetter: Walk me through this.

JOSEPH MORI: somebody told me that they were sending in money for a coin transaction.

SA Helmstetter: So

JOSEPH MORI: (00:48:32.048 - 00:48:33.246): I knew it was coming.

SA Helmstetter: (00:48:33.702 - 00:48:41.498): So you were expecting a coin transaction,

JOSEPH MORI: Right

SA Helmstetter: and you were brokering a deal for $779,000, whatever it ended up being.

JOSEPH MORI: (00:48:39.608 - 00:48:43.979): Right, but I never finished the deal.

SA Helmstetter: Okay

JOSEPH MORI: (00:48:44.974 - 00:48:49.497): As you can see, the bank took the money.

SA Helmstetter: (00:48:49.497 - 00:48:59.807): Sorry, let's just take a second here. So the $779,000, you were expecting for?

JOSEPH MORI: For a coin deal.

SA Helmstetter: A coin deal.

JOSEPH MORI: Correct.

SA Helmstetter: Through Crypto Calypso?

JOSEPH MORI: (00:49:00.398 - 00:49:01.664): No, this is global office.

SA Helmstetter: (00:49:02.153 - 00:49:05.494):  So why were you putting crypto? Why were you putting coin deals through global office?

JOSEPH MORI: (00:49:05.342 - 00:49:11.721):  Because Crypto Calypso was closed. So somebody said, hey, can I send you some money? I want to buy some coins. I said, OK, send it here.

SA Helmstetter: (00:49:11.772 - 00:49:13.577):  So who was the person who sent that?

JOSEPH MORI: (00:49:13.645 - 00:49:16.092):  I'd have to look it up, it's on my laptop.

SA Helmstetter: (00:49:16.277 - 00:49:30.216):  your records would have who that person was?

JOSEPH MORI: Yeah.

SA Helmstetter: Okay. Because I mean, that's a large chunk. That's not, like you said, $500,000.

JOSEPH MORI: Yeah, I know. I know.

SA Helmstetter: What kind of vetting did you do for that transaction? You got a customer information sheet?

JOSEPH MORI: (00:49:29.744 - 00:49:52.829):  It was someone that I knew. It wasn't somebody I didn't know, it was somebody I knew. They said, oh, we can send the money over. Can you do the deal? So I said, yes. So I was still putting the paperwork together. Then this showed up. I didn't know what it was right away, but I know the site told me, so I said, okay. But as you can see, I did not spend the money. I mean, I spent a little.

TFO Pugmire: (00:49:52.829 - 00:50:01.604):  When you say somebody you know, who was it?

JOSEPH MORI: I don't remember.

SA Helmstetter: $779,000. I have 779,000 reasons to remember.

JOSEPH MORI: (00:50:01.604 - 00:50:25.144):  But I have people that call me every day. And if you go through my phone, you'll see, oh, I want a billion dollar deal. I want a million dollar deal. I'm 100 million dollar deal. I get that every single day. Tons of calls a day about that. 99.9% of them never follow through. It never happened. But I had to attend a phone call. And I said, Okay, great. You know, I'll do it. Here it is. Here's the information and knows what happened.

SA Helmstetter: (00:50:25.937 - 00:50:30.291):  Why from the Utah Risk Management Agency as a sender?

JOSEPH MORI: (00:50:29.582 - 00:50:44.280):  Well that wasn't the person I was talking to, I wasn't talking to the Utah Risk Management.

SA Helmstetter: Yeah

JOSEPH MORI: I was talking to someone, an individual, not a company, and then they came in and the bank froze the account and took the money.

SA Helmstetter: (00:50:44.280 - 00:50:54.338):  So if we're to go through your phone around October 26 of 2023,

JOSEPH MORI: You'll find it.

SA Helmstetter: we'll see communications with you and the person who was supposed to be sending this to buy coin.

JOSEPH MORI: Absolutely.

SA Helmstetter: (00:50:54.642 - 00:51:01.763):  And you have anything on the other end of that transaction?

JOSEPH MORI: I never completed it.

SA Helmstetter: No, no no but did you start to?

JOSEPH MORI: (00:51:01.020 - 00:51:03.940):  I didn't start anything. I didn't get any paperwork back. I was waiting for the paper.

SA Helmstetter: (00:51:04.109 - 00:51:06.488):  They never sent you an information sheet.

JOSEPH MORI: (00:51:06.674 - 00:51:13.575):  Well, the person I was talking to, I knew him, but yes, I'm supposed to get information. I never got it, which I never…

SA Helmstetter: (00:51:13.879 - 00:51:15.330):  So you know unless you don't remember who it is.

JOSEPH MORI: (00:51:15.330 - 00:51:31.868):  I don't remember. If you look on my phone, you'll understand. I get like thousands of calls.

SA Helmstetter: Okay.

TFO Pugmire: So did the bank take back all of the money?

JOSEPH MORI: No. There was some that wasn't taken back, which we spoke about. And he was supposed to tell me where to send that money to.

TFO Pugmire: (00:51:31.868 - 00:51:36.627):  so what what happened with that money like the extra that the bank didn't

JOSEPH MORI: (00:51:36.458 - 00:51:40.980):  I was using the account and I spent a little more than I was supposed to.

SA Helmstetter: (00:51:41.166 - 00:51:51.443):  So your balance went from $307 to $779,000, and then you make a couple of purchases.

JOSEPH MORI: (00:51:52.152 - 00:51:52.725):  A lot of purchases.

SA Helmstetter:  Yeah

JOSEPH MORI: (00:51:53.350 - 00:52:00.606):  I'm not denying it.

SA Helmstetter: No, I don't expect you to. It's in black and white. That's the good part about our cases.

JOSEPH MORI: (00:51:59.459 - 00:52:02.074):  But I'm just saying, I told you exactly what happened.

SA Helmstetter (00:52:02.074 - 00:52:23.978):  Yeah, send some money to your cash app, pay your insurance, and then there's a pretty large one that's a wire. So you sent the $3,500 wire to Cat Crew Mobile?

JOSEPH MORI: Yeah.

SA Helmstetter: What's Cat Crew Mobile?

JOSEPH MORI: It's a friend of mine.

SA Helmstetter: Okay.

JOSEPH MORI: Borrowed money.

SA Helmstetter: So you just sent them the money back? What friend? What friend?

JOSEPH MORI: Mark Calibrone, partner in my other company.

SA Helmstetter: (00:52:27.218 - 00:52:27.724):  Cat Crew.

SA Helmstetter: (00:52:30.947 - 00:52:32.669):  Did he have anything to do with that wire that came in?

JOSEPH MORI: (00:52:32.719 - 00:52:33.799):  No, he didn't even know about it.

SA Helmstetter: (00:52:34.812 - 00:52:43.924):  Then you send 50K to Global Office Group.

JOSEPH MORI: That's me.

SA Helmstetter: Which is at your U.S. bank account.

JOSEPH MORI: I sent it to myself.

SA Helmstetter: (00:52:43.924 - 00:52:45.072):  Yeah.

JOSEPH MORI: Nothing wrong with that.

SA Helmstetter: (00:52:45.072 - 00:52:57.137):  No, I understand, but what did you, what were you sending it there for?

JOSEPH MORI: Pay bills.

SA Helmstetter: Okay.

JOSEPH MORI: Um hum.

SA Helmstetter: So was 50,000 supposed to be your cut of the...

JOSEPH MORI: (00:52:57.137 - 00:52:59.179):  No, my cut was supposed to be a lot larger, but

SA Helmstetter: (00:52:59.196 - 00:53:20.475):  Okay

TFO Pugmire: what would your cut have been?

JOSEPH MORI: Probably, it's hard to remember, but I would say somewhere along the lines of maybe 110,000 should have been my percentage. Something like that comes in, I usually charge 10 to 15% so.

	*	*	*

SA Helmstetter: (00:54:03.608 - 00:54:07.439):  Then you sent $2,000 to the courts, is that to address your restitution?

JOSEPH MORI: Uh huh.

SA Helmstetter: (00:54:08.873 - 00:54:12.855):  What's Winmark Enterprises?

JOSEPH MORI: What is the amount?

SA Helmstetter: (00:54:15.707 - 00:54:23.976):  5,000, it says return loan. Did you borrow money from Winmark Enterprises?

JOSEPH MORI: (00:54:23.976 - 00:54:26.136):  I probably did, I just don't remember the name.

SA Helmstetter: (00:54:26.322 - 00:54:28.819):  Would you know what that is, Windmark?

JOSEPH MORI: (00:54:29.984 - 00:54:33.122):  It sounds familiar, but I don't remember, but obviously I paid them.

SA Helmstetter: (00:54:34.169 - 00:54:36.177):  How about, how about temp right?

JOSEPH MORI: (00:54:37.172 - 00:54:45.576):  Oh, that's a friend of mine.

SA Helmstetter: What is it?

JOSEPH MORI: It's a friend of mine who lives in Queens. I probably just lent him money.

SA Helmstetter: (00:54:46.622 - 00:54:47.804):  these people ever pay you back?

JOSPH MORI: (00:54:48.749 - 00:54:51.297):  Temp rite? No.

SA Helmstetter:  (00:54:52.039 - 00:54:52.545):  What's the friend's name.

JOSEPH MORI: (00:54:52.545 - 00:55:03.970):  Dwight.

SA Helmstetter: Dwight what?

JOSEPH MORI: Charlton. C-H-A-R-L-T-O-N. There's another company I have, 90 Sterling Road, which he's part of. He's the president.

SA Helmstetter: (00:55:03.970 - 00:55:17.689):  We're gonna talk about that in a bit. How about White Sands, 2,000 bucks?

JOSEPH MORI: That's David, I paid him for services.

SA Helmstetter: David Wilson?

JOSEPH MORI: Mm-hmm, it's his company.

SA Helmstetter: What'd you pay him for? You said services?

JOSEPH MORI: (00:55:17.099 - 00:55:21.300):  Services, I mean, it does work for me, so I, you know, throw money wherever I can.

SA Helmstetter: For accounting services?

JOSEPH MORI: Yeah.

\*     \*     \*

SA Helmstetter: (00:57:36.520 - 00:57:37.752):  Earworks Audiology.

JOSEPH MORI: (00:57:37.752 - 00:57:43.540):  What's that, $6,000 or something?

SA Helmstetter: $6,000.

JOSEPH MORI: That's my dad's hearing aids. Okay.

SPEAKER_03 (00:57:43.540 - 00:57:52.754):  Visa, Cash App, Ismail.

JOSEPH MORI: Some things I remember very clearly.

SA Helmstetter: Yeah, that's right. Definitely.

TFO Pugmire: It's a lot to remember.

SA Helmstetter: It's a lot. And I'm throwing a lot at you and you weren't expecting us to talk to you today.

JOSEPH MORI: (00:57:52.754 - 00:57:53.462):  No, it's okay.

SA Helmstetter:  (00:57:53.496 - 00:57:57.023):  Cash App, Ismail, any idea why you'd be sending money to these guys?

JOSEPH MORI: (00:57:57.192 - 00:58:07.587):  Maybe they… I owe them money? Who knows? Probably. I owe a lot of people.

\*     \*     \*

SA Helmstetter:  (00:58:15.012 - 00:58:31.617):  Avant LLC, First Savings, Concordia Credit, Credit One Bank.

JOSEPH MORI: Those are my credit cards.

SA Helmstettr: Where do you have credit cards at?

JOSEPH MORI: I have a lot of credit cards.

SA Helmstetter: You pay them off every month?

JOSEPH MORI:  Now I do.

SA Helmstetter: (00:58:32.325 - 00:58:38.164):  Merrick Bank?

JOSEPH MORI: I wasn't always good at that. Merrick, yeah, it was a credit card.

SA Helmstetter: (00:58:38.164 - 00:58:42.029):  Okay. All right.

SA Helmstetter: (00:58:49.825 - 00:58:52.035):  And it looks like you just spent through most of this.

JOSEPH MORI: Uh huh

SA Helmstetter:  (00:58:52.390 - 00:58:53.790):  that $50,000.

JOSEPH MORI:  (00:58:53.790 - 00:58:54.651):  Yeah, it did last long.

SA Helmstetter:  (00:58:54.786 - 00:58:56.237):  Yeah, what is blue vine?

JOSEPH MORI:  (00:58:56.609 - 00:58:58.718):  It's another account of global office.

SA Helmstetter: (00:58:59.174 - 00:59:05.417):  You got a deposit from Blue Line?

JOSEPH MORI: From?

SA Helmstetter: Other deposits, electronic deposits, Blue Line.

JOSEPH MORI: Yeah.

SA Helmstetter: $2,000.

JOSEPH MORI: (00:59:05.417 - 00:59:08.100):  That's my global office account, well, it used to be.

SA Helmstetter:  (00:59:08.590 - 00:59:09.417):  Blue Vine is a bank?

JOSEPH MORI:  Uh huh.

SA Helmstetter:  (00:59:14.327 - 00:59:20.250):  So whatever you got from that was just spent?

JOSEPH MORI: Well, for the $50,000, yeah.

SA Helmstetter:  (00:59:20.284 - 00:59:21.212):  Yeah.

JOSEPH MORI:  (00:59:24.199 - 00:59:25.127):  As you can see.  It didn't last long.

SA Helmstetter:  (00:59:25.127 - 00:59:35.978):  Yes. It didn't go too long. And then you sent another $2,000 to White Sands Capital, which is David Wilson.

JOSEPH MORI: Correct.

SA Helmstetter: All right. And you said he had nothing to do with that wire that came in?

JOSEPH MORI: No.

\*      \*      \*

SA Helmstetter: (00:17:31.562 - 00:17:39.477):  How much have you done through Crypto Calypso brokering deals for people?

JOSEPH MORI: Well

SA Helmstetter:  Ballpark number.

JOSEPH MORI: (00:17:39.477 - 00:17:54.799):  There was only a short period of time for Crypto Calypso, but I would probably say, I don't know, maybe $2 million, maybe.

SA Helmstetter: (00:17:57.769 - 00:18:08.755):  Ok, um, how about in total? Because you said Crypto Calypso was a short time. Do you do this with any other business? Do you do this just personally too? Is that including that $2 million?

JOSEPH MORI: (00:18:09.210 - 00:18:12.434):  Yeah, that would, well I don't do it personally, I always do it through a comp, business.

SA Helmstetter: (00:18:12.602 - 00:18:14.762):  Was it always through Crypto Calypso?

JOSEPH MORI (00:18:14.762 - 00:18:15.539):  I'm trying to think.

JOSEPH MORI (00:18:16.298 - 00:18:30.945):  Hmm. I know I did it prior to Crypto Calypso. I just don't remember what company I used.

SA Helmstetter (00:18:31.604 - 00:18:33.207):  and when did Crypto Calypso start?

JOSEPH MORI:  (00:18:34.371 - 00:18:39.434):  Uh 2020, I think.

SA Helmstetter: (00:18:40.632 - 00:18:43.500):  Is it still operating?

JOSEPH MORI:  No

SA Helmstetter: When did you shut it down?

JOSEPH MORI (00:18:44.749 - 00:18:45.390):  at least a year and a half ago.

SA Helmstetter: (00:18:46.791 - 00:18:48.209):  So...early 2024?

JOSEPH MORI: (00:18:49.137 - 00:18:50.301):  Yeah, something like that.

\*   \*   \*

SA Helmstetter: (01:54:32.678 - 01:54:35.395):  Do you ever have anything to do because you're pretty...

JOSEPH MORI: (01:54:34.754 - 01:54:36.542):  But I don't do the Bitcoin anymore, so...

SA Helmstetter: (01:54:37.049 - 01:54:37.825):  As of when?

JOSEPH MORI: (01:54:39.428 - 01:54:42.381):  right when I went in, when I got incarcerated, so 2022.

SA Helmstetter: (01:54:42.769 - 01:54:47.275):  Yeah, so your wallets say otherwise. You've been doing a lot of crypto transactions.

JOSEPH MORI: (01:54:47.275 - 01:54:50.650):  or what have I been doing? It's not, I haven't been trading Bitcoin.

SA Helmstetter: (01:54:51.004 - 01:54:51.780):  What have you been doing?

JOSEPH MORI: (01:54:52.017 - 01:54:55.577):  I've been converting for people.

SA Helmstetter: (01:54:56.084 - 01:54:57.096):  Isn't that the same thing?

JOSEPH MORI: (01:54:57.096 - 01:54:59.999):  Not really, because I'm not getting a commission or anything like that.

SA Helmstetter: (01:55:00.066 - 01:55:00.825):  So why you?  Go back to the same question

JOSEPH MORI: (01:55:01.230 - 01:55:07.559):  Because I can do it through my Trezor.

TFO Pugmire:  If you're not getting it commission or anything, what do you do?

JOSEPH MORI: (01:55:06.175 - 01:55:08.993):  And I do people who are investing too, so that's another thing.

TFO Pugmire: (01:55:09.465 - 01:55:14.781):  What do you get out of doing that?

JOSEPH MORI:  Hm?

TFO Pugmire: What do you get out of it? You said you weren't getting commission.

JOSEPH MORI: (01:55:14.444 - 01:55:40.701):  Well, the investments. I also have investments coming from there.

SA Helmstetter:  For what?

JOSEPH MORI: People want to invest money to make money. So, I have an instrument I purchased, an SPLC, that we put into trade, and that's supposed to be paying out shortly. We have some of the bankers that I deal with, I have coins sent to them for investment purposes.

SA Helmstetter: (01:55:41.494 - 01:55:42.912):  Where's?. Who? Who?  What banks?

JOSEPH MORI: (01:55:42.912 - 01:56:16.425):  Savvy, what is it called? Savvy, S-A-V-V-Y. They're an investment banking group. Savvy, why is it Savvy? I forget what the, that's how the name starts. You'll see the information on my laptop. And then, Riverside Bank, no, not Riverside. What's the name of it? Riverside. It could be Riverside Bank. I think, I'm not sure of the bank name.

SA Helmstetter: (01:56:17.252 - 01:56:19.362):  So you said you purchased a standby letter of credit.

JOSEPH MORI: (01:56:20.037 - 01:56:20.880):  Mhmm.  I put up a bond.

JOSEPH MORI: (01:56:22.433 - 01:56:40.236):  for and then the letter credit was issued against the bond the letter credit was for I think it was for a hundred million if I'm not mistaken the bond cost me $350 000

SPEAKER_03 (01:56:40.354 - 01:56:42.025):  How'd you get 350K to?

JOSEPH MORI: (01:56:41.468 - 01:57:00.773):  I just told you people investing money. They probably send me crypto. So $350,000 and then, um, that got me a hundred million dollar credit which we got went into trade and it's supposed to pay out shortly.

SA Helmstetter: (01:57:03.827 - 01:57:06.915):  That's a hell of a return on investment, $100 mill for $350K.

JOSEPH MORI: (01:57:06.915 - 01:57:29.039):  Well, get to keep all 100 million. I think I'll make maybe the first round that was like six million I get and then…

SA Helmstetter:  You personally?

JOSEPH MORI:  Well, the company.

SA Helmstetter:  What company?

JOSEPH MORI: Exseedingly. So then every month thereafter we get as, you know, I forgot exactly how much but it would be something around the lines of 20 million per month or whatever.

SA Helmstetter         (01:57:29.444 - 01:57:29.967):  and who's paying that out?

JOSEPH MORI: (01:57:29.967 - 01:57:33.865):  Well, the group we invested with.

SA Helmstetter: (01:57:35.299 - 01:57:35.822):  Which group?

JOSEPH MORI: (01:57:36.413 - 01:57:40.092):  I have, it's on my laptop, I don't know the name. I have no information there.

SA Helmstetter: (01:57:41.155 - 01:57:51.904):  None of this is, like, odd to you?

JOSEPH MORI:  What, to buy an instrument? People buy instruments all day long.

SA Helmstetter:  I understand. It's just... All these things are coming back to one guy.

JOSEPH MORI: (01:57:53.204 - 01:58:09.606):  Maybe I'm diversified enough to be on every single list. I don't know.

SA Helmstetter:  I guess so.

JOSEPH MORI: But listen, there's nothing I'm doing here is, you know, wrong. It's all paper, it's all documented. Everything, every little thing.

SA Helmstetter: (01:58:09.606 - 01:58:11.800):  Have you gotten paid out from this letter of credit that you got?

JOSEPH MORI: (01:58:11.310 - 01:58:12.829):  I just told you we're waiting to get paid.

SA Helmstetter. (01:58:12.880 - 01:58:13.420):  Waiting. Okay, okay.

SA Helmstetter: (01:58:15.242 - 01:58:16.035):  And what bank is holding it?

JOSEPH MORI: (01:58:16.322 - 01:58:21.165):  I think it was a drawn-on...

SA Helmstetter:  I fell like if I had a hundred million dollars I'd...

JOSEPH MORI: (01:58:24.372 - 02:02:38.155):  Well, no, the bank it's going into is Truist Bank. But the bank it was coming from, I think it was HSBC, but I'm not 100% sure. Listen, let me just put it this way, okay? I know finance and stuff like that is foreign to many, many people. I mean, even people that are in the financial sectors are not totally well equipped with finance. So letters of credit, banks issue letters of credit all the time. Letters of credit are usually issued against an asset, some asset, whether it's cash, real estate, something. You know. So companies issue letters of credit all the time to boost, to basically take their assets and make money on them. So they'll take a letter of credit, they'll do it and they'll sell it. They'll sell it, lend it, do whatever with it so they can get some immediate cash because they get paid to do that. The bank that does a letter of credit, so if you're, let's say,

HSBC, you're gonna do a letter of credit. So they'll say, okay, fine, we'll issue you a letter of credit. You have to put up some assets, let's say your house. Let's just say your house is worth $100 million, whatever. So you put up your house. Okay, the bank says, okay, we've got the house, fine. We're gonna issue a letter of credit for $100 million. Now you take that letter of credit and you send it to a bank or a monetizer or something like that. The bank will say, well, take that letter of credit in and they'll say, okay, we'll lend you money against this letter of credit because it's like cash. It's an asset and an asset's coming from the bank because HSBC is guaranteeing that $100 million. So HSBC says, okay, we're guaranteeing that $100 million will be available for a year and a day or whatever. So it's bank number two. Let's just use Truist as an example. So this is a real life example. So Truist will say, okay, we will give you 60 cents on the dollar on that letter of credit. Now, the letter of credit is, um, has to be paid back in a year and a day. So Truist is saying, okay, we're gonna keep the other 40%. We're gonna put it into our own little program that's gonna generate profit because banks have their own trades, most banks do. And we will make it so that that will earn enough money to pay back your $60 million loan so that the instrument goes back to HSBC unencumbered. So now there's this $60 million just sitting there. Okay. So now we're gonna get the $60 million, but we have to pay for the instrument because somebody paid for that instrument. The bank sent it, used the guarantee, but the instrument still has to be paid for. So the instrument might cost 50 cents on the dollar, 40 cents on the dollar, depending on what the, in our case, it was 52 cents on the dollar. So now we have to pay, once we get the money in, well, actually, in this case, we don't have to pay because we get all of it. But normally we would have to pay for it. So you have to pay for the instrument. So you pay your 52% or 50% to whoever's issuing it. Usually it would be the company that put up the collateral for the instrument. So that guy, that whoever has that $300 million house, he's now getting 50% of his money back in his pocket in cash that he could do what he wants with. So for him, it's a good deal. He took a gamble because we have to pay him. So he's going first and then we have to pay him after. So we give him that 50%. Now we're left with a difference. So in this case would be, I mean, it was 52. So this case would be 8% difference. So 8% goes to us. So now we just made $8 million on a deal of a $100 million instrument by doing all these steps. It happens all the time. It's, I mean, not for the layman, but people that are in this business do this all day long.

SA Helmstetter: So how did you get into doing this stuff?

JOSEPH MORI: I know a lot of people, it's uh.

SA Helmstetter: (02:02:38.577 - 02:02:41.597):  I think we're having a common denominator, you know a lot of people and a lot of…

JOSEPH MORI: (02:02:41.040 - 02:04:07.980):  I do know a lot of people, this was, I'm using this, basically the bank is doing it because we're trying to fund a disaster company, that was the whole point of doing all this. Now in this case, we got a bond that we paid $350,000 for, so we put up $350,000 for this bond, we got the bond, we paid everybody off. You know, I mean, we used the bond as collateral, so the bond is now the $100 million house that the guy put up as collateral, so now we're putting up the bond as collateral.

SA Helmstetter:  Who put up the house as collateral?

JOSEPH MORI: I'm just saying. Just an example.

SA Helmstetter:  Example.

JOSEPH MORI: So in our case, the house is that bond. So we put that bond up, it cost us $350,000, we got it really cheap because they're all eager for us to fund disaster recovery, and we do a lot of work with FEMA, so it's kind of, you know, we're giving back, we're going to be doing cleanups and stuff, so that's what the money is going to be used for, but, you know, that's, so we're able to get the bond at a relatively low price. So everything is going to work out. The good news is, even if we don't make money on the first tranche, which is this first payout that's supposed to happen, we will be making money every single month thereafter because the trade is going to be trading every single month. So every month, we're going to get a check.

SA Helmstetter: (02:04:08.858 - 02:04:11.575):  And when you say we, who's we?

JOSEPH MORI: (02:04:11.558 - 02:04:29.479):  Well, me, Mark, and the Exseedingly consulting. So, I have people giving me money, investing in this, and that's why you see a lot of activity in the Trezor.

SA Helmstetter:  (02:04:31.015 - 02:04:33.495):  So the activity recently in the Trezor.

JOSEPH MORI: (02:04:33.495 - 02:04:35.976):  Yeah, recently. This is very recent.

SA Helmstetter: (02:04:35.402 - 02:04:39.233):  recent as far as,

JOSEPH MORI:  This year.

SA Helmstetter:  okay, so 2025.

SPEAKER_03 (02:04:40.380 - 02:04:43.823):  2025 activity is with the standby letter of credit.

JOSEPH MORI:  Mhmm

JOSEPH MORI: (02:04:48.042 - 02:04:54.674):  So nothing illegal, nothing, all up and up. Banks are involved, everything's all straight up, there's no.

\*   \*   \*