Mori Trezor Bitcoin Analysis -- Filtered for BTC Received

| Hash | Date | Value | USD Value | USD Value(2) |
|---|---|---|---|---|
| e1149...68773e | 3/8/2022 14:37 | 0.06419622 | $ 2,496.52 | 2496.51781 |
| 67bc1...29e86c5 | 4/4/2022 16:29 | 0.023 | $ 1,049.73 | 1049.7269 |
| 671dc...bcfd5f56 | 6/6/2023 19:57 | 0.00080928 | $ 21.62 | 21.61608 |
| 1dbf5e...177c98 | 6/6/2023 20:58 | 0.00075647 | $ 20.50 | 20.49811 |
| e1e14...963e99 | 6/7/2023 17:10 | 0.00022766 | $ 6.02 | 6.01546 |
| f85ad8...af9f3e | 9/14/2023 22:47 | 0.00156921 | $ 41.64 | 41.64165 |
| 62663...7e4860ae | 10/22/2023 7:38 | 0.01632353 | $ 491.20 | 491.20316 |
| 7d3e7...2ff339 | 10/22/2023 8:12 | 0.00238454 | $ 71.14 | 71.14202 |
| 1ddf9a...5de2e3 | 10/30/2023 13:44 | 0.02116769 | $ 732.60 | 732.5963 |
| fabc73...e6dcde | 10/31/2023 11:08 | 0.01741403 | $ 599.86 | 599.8637 |
| 98d6c...6c83dad9 | 11/10/2023 20:04 | 0.00160923 | $ 59.93 | 59.93296 |
| e0dce...ab8bbee4 | 12/19/2023 17:48 | 0.00002384 | $ 1.01 | 1.00867 |
| 470d3...79a5d3a | 12/19/2023 18:20 | 1.56 | $ 65,283.41 | 65283.41292 |
| 4d51e...3c1945f | 12/26/2023 8:42 | 0.00002339 | $ 1.00 | 1.00026 |
| 40ecd...51ade2 | 1/4/2024 19:54 | 0.01375475 | $ 606.58 | 606.58037 |
| 8af210...71fb323 | 4/3/2024 20:35 | 0.00121468 | $ 79.97 | 79.97151 |
| 0d2a0...5589618 | 7/23/2024 6:05 | 0.0002448 | $ 16.27 | 16.2657 |
| e1f952...094ce5 | 7/23/2024 15:10 | 0.00020787 | $ 13.98 | 13.97886 |
| ac75fa...43feda | 8/2/2024 1:12 | 0.01543875 | $ 1,001.43 | 1001.43141 |
| 15693f...5bac54a | 9/12/2024 13:25 | 0.05200652 | $ 3,000.38 | 3000.38444 |
| dd021...0a04276 | 9/12/2024 18:53 | 0.00856848 | $ 500.31 | 500.30952 |
| 1f00a4...7ed0dd | 11/1/2024 22:10 | 0.00028857 | $ 19.98 | 19.97675 |
| 65a3a...1137ad4 | 11/1/2024 23:40 | 0.50440893 | $ 35,010.83 | 35010.82601 |
| 1e7a3...dddd61f | 11/20/2024 8:12 | 0.00522076 | $ 485.08 | 485.0753 |
| 6bf00d...5b29ff | 11/20/2024 14:15 | 0.01022966 | $ 966.29 | 966.28897 |
| 334af1...19673 | 11/22/2024 14:31 | 0.01473601 | $ 1,441.70 | 1441.69531 |
| e8ec4...615c719 | 11/23/2024 1:33 | 0.0025431 | $ 251.08 | 251.07559 |
| ef1cb7...e338b0 | 11/23/2024 9:51 | 0.00309405 | $ 304.82 | 304.81656 |
| 64183...8f22701 | 12/16/2024 4:56 | 0.00967942 | $ 1,011.88 | 1011.87777 |
| 4703f5...92884 | 12/17/2024 8:34 | 0.00913035 | $ 975.27 | 975.26784 |
| 1873c...1d56170c | 12/18/2024 22:04 | 0.06728681 | $ 6,795.17 | 6795.16767 |
| c8923...76ef418 | 12/18/2024 22:04 | 0.09590764 | $ 9,685.53 | 9685.53115 |
| 37d7ef...7772f8c | 12/23/2024 1:29 | 0.10653104 | $ 10,048.22 | 10048.22146 |
| c451f3...c426 | 1/3/2025 12:56 | 0.01004663 | $ 971.47 | 971.4717 |
| 43be9...b57a506c | 1/10/2025 23:18 | 0.05277221 | $ 5,000.31 | 5000.3064 |
| 66719...1407267 | 1/12/2025 17:10 | 0.03160151 | $ 3,002.93 | 3002.92765 |

| ID | | Date | Amount | | USD | USD Exact |
|---|---|---|---|---|---|---|
| 5acf8b2 | 9056e1 | 1/16/2025 21:03 | 0.10013619 | $ | 10,050.08 | 10050.08288 |
| 9e93bb | e152c15a | 1/18/2025 23:02 | 0.04796684 | $ | 4,999.34 | 4999.34277 |
| 0064ba | 3d31fb8e | 1/22/2025 1:12 | 0.02246325 | $ | 2,379.34 | 2379.33853 |
| 28f269 | 3d32c6 | 1/27/2025 20:58 | 0.00789118 | $ | 786.48 | 786.48227 |
| 3ea6b4 | 8b07b0a | 1/28/2025 1:14 | 0.01023718 | $ | 1,042.88 | 1042.87852 |
| 00f556 | 8576e1 | 1/28/2025 16:55 | 0.00244398 | $ | 251.25 | 251.25174 |
| 788797 | 49f96804 | 1/30/2025 22:50 | 2.37849551 | $ | 249,920.62 | 249920.6179 |
| a683a3 | edbe44 | 2/1/2025 20:23 | 0.02961026 | $ | 3,009.97 | 3009.97211 |
| aa1d7c | 0eaed91 | 2/1/2025 20:42 | 0.003 | $ | 304.96 | 304.95904 |
| 9f2d9c1 | bc513a | 2/3/2025 4:22 | 0.011 | $ | 1,035.21 | 1035.20534 |
| 1dcfd84 | b95b4ad | 2/3/2025 23:09 | 0.06877411 | $ | 6,998.04 | 6998.0407 |
| c258ea | c3ce7 | 2/5/2025 15:53 | 0.09330237 | $ | 9,181.10 | 9181.10211 |
| 4925e9 | 4ff3c1d | 2/6/2025 21:52 | 0.00518348 | $ | 502.34 | 502.33818 |
| 4e18a3 | 99b9407 | 2/7/2025 4:49 | 0.02052077 | $ | 2,000.45 | 2000.44783 |
| 35c2fa2 | 72500 | 2/8/2025 4:38 | 0.01992546 | $ | 1,927.02 | 1927.01528 |
| 4f1e60a | dfd902d | 2/12/2025 14:38 | 0.01053604 | $ | 1,000.65 | 1000.64888 |
| 97d637 | d392255 | 2/14/2025 9:12 | 0.06187062 | $ | 5,995.92 | 5995.91824 |
| 6f888b | ad75694 | 2/15/2025 23:09 | 0.0226126 | $ | 2,206.28 | 2206.27718 |
| 20b274 | b4517f | 2/16/2025 11:17 | 0.009997 | $ | 971.90 | 971.89836 |
| 133b8c | 89ffaa8 | 2/18/2025 0:07 | 0.02138037 | $ | 2,048.36 | 2048.3611 |
| 36237c | d3cf58 | 2/18/2025 0:37 | 0.00990946 | $ | 949.38 | 949.38265 |
| ea3484 | 532494 | 2/20/2025 2:17 | 0.06702462 | $ | 6,486.47 | 6486.46904 |
| 4dc8ae | 714b5fc | 2/23/2025 10:44 | 0.0027383 | $ | 263.75 | 263.75373 |
| ad6365 | e86040a | 2/25/2025 16:59 | 0.03281907 | $ | 2,861.24 | 2861.24255 |
| 653fea4 | 9becfe3 | 2/25/2025 21:09 | 0.28785252 | $ | 25,350.59 | 25350.59197 |
| 2eb8f3a | 3922f1 | 2/25/2025 21:32 | 0.15422005 | $ | 13,581.85 | 13581.84935 |
| 4331d0 | 596376f | 2/26/2025 9:28 | 0.00335432 | $ | 296.73 | 296.73341 |
| cdcf709 | 4af23b | 2/26/2025 19:17 | 1.14567522 | $ | 96,454.57 | 96454.57315 |
| 4d2a20 | a440811 | 2/27/2025 4:21 | 0.0727 | $ | 6,192.21 | 6192.21405 |
| d4f5e9c | 54c5a1c | 2/28/2025 15:24 | 0.06657323 | $ | 5,463.88 | 5463.87879 |
| 080455 | ffe2971 | 2/28/2025 19:05 | 0.03283175 | $ | 2,774.41 | 2774.41326 |
| 8c551a | 0a1b27f | 3/5/2025 7:05 | 0.0058647 | $ | 513.25 | 513.25304 |
| 857738 | f1a487b | 3/6/2025 1:32 | 0.00055478 | $ | 49.98 | 49.98349 |
| f7c6676 | 3ed1 | 3/6/2025 1:48 | 0.00165959 | $ | 149.52 | 149.52252 |
| 38f26b | 8a92fd6 | 3/10/2025 11:43 | 0.06392805 | $ | 5,264.65 | 5264.65181 |
| b7011d | 78bd651 | 3/10/2025 23:16 | 0.06284644 | $ | 4,997.08 | 4997.08214 |
| 5d8359 | 3f10a1cb | 3/11/2025 22:50 | 0.02942062 | $ | 2,445.94 | 2445.93821 |

| | | | | | |
|---|---|---|---|---|---|
| bf773fa | 428b65 | 3/12/2025 6:36 | 0.00401129 | $ 328.85 | 328.84504 |
| 3dfd46 | 9fff5a6 | 3/13/2025 18:23 | 0.16144456 | $ 12,923.45 | 12923.44752 |
| c9f697 | fe31717 | 3/14/2025 17:11 | 0.00294748 | $ 249.97 | 249.96849 |
| 68520a | 4e300ce1 | 3/14/2025 17:33 | 0.11853263 | $ 10,052.46 | 10052.45928 |
| 857427 | 8201de | 3/16/2025 2:27 | 0.01103739 | $ 926.13 | 926.13093 |
| 0b403a | 916e7d | 3/16/2025 16:59 | 0.09520863 | $ 7,934.48 | 7934.48166 |
| f7ee1e | e96162 | 3/17/2025 14:42 | 0.00302118 | $ 250.92 | 250.92286 |
| 548d07 | e733e | 3/17/2025 17:44 | 0.88328641 | $ 73,702.77 | 73702.76518 |
| 33d665 | 783edf | 3/17/2025 19:24 | 0.00946973 | $ 800.35 | 800.35406 |
| 55bf8d | cd93405 | 3/19/2025 19:44 | 0.72439483 | $ 62,108.32 | 62108.32179 |
| 311811 | 94ae1588 | 3/19/2025 20:22 | 0.498067 | $ 42,561.90 | 42561.90357 |
| d5a4a3 | 87d077 | 3/20/2025 12:13 | 0.09857072 | $ 8,425.77 | 8425.77401 |
| 6015f6 | 01e7c8 | 3/20/2025 12:13 | 0.00586731 | $ 501.53 | 501.53462 |
| ca5837 | e9b136f | 3/20/2025 12:13 | 0.2346922 | $ 20,061.37 | 20061.36751 |
| c41f52 | 195f0f7 | 3/21/2025 11:43 | 0.02382489 | $ 2,004.68 | 2004.67917 |
| d6adab | ae091e | 3/24/2025 16:51 | 0.01282743 | $ 1,133.39 | 1133.3935 |
| fe76eb | f009bc4 | 3/26/2025 14:22 | 0.01333199 | $ 1,159.06 | 1159.055 |
| f26cab | 94f5e4 | 3/29/2025 21:53 | 0.02182174 | $ 1,800.62 | 1800.62112 |
| ef8239 | 9d5c2 | 3/31/2025 17:45 | 0.00300206 | $ 250.06 | 250.0567 |
| e6c1e5 | 97d6b | 3/31/2025 22:02 | 0.12103 | $ 9,991.74 | 9991.73583 |
| 3181d8 | f479dc8 | 4/1/2025 0:07 | 0.00302831 | $ 249.98 | 249.9826 |
| 4bf149 | 6cf5ad8 | 4/3/2025 3:21 | 0.02922628 | $ 2,447.63 | 2447.62698 |
| ab5eac | 9ddd224c | 4/3/2025 15:43 | 0.00306143 | $ 249.59 | 249.58677 |
| 161427 | 30faaa1 | 4/5/2025 17:33 | 0.0603837 | $ 4,995.65 | 4995.64839 |
| cfebb1 | de55477 | 4/5/2025 18:36 | 0.1204389 | $ 9,979.76 | 9979.76334 |
| cafdcfb | f80162 | 4/6/2025 1:32 | 0.01686847 | $ 1,408.37 | 1408.37181 |
| 2c73cb | 2f6f21 | 4/7/2025 18:21 | 0.00381339 | $ 301.28 | 301.28232 |
| 5ecc90 | badad | 4/7/2025 20:11 | 0.0037 | $ 289.02 | 289.01825 |
| 6e0a5d | cfa966 | 4/8/2025 23:48 | 0.00785405 | $ 602.13 | 602.13462 |
| a29a5f | 4d4542d | 4/9/2025 13:04 | 0.0036516 | $ 280.31 | 280.31195 |
| f535e9 | fd04f | 4/9/2025 19:14 | 0.0045764 | $ 374.38 | 374.38413 |
| f348f12 | 1a994 | 4/10/2025 20:35 | 0.00564984 | $ 449.71 | 449.70837 |
| 909c00 | a2e9cb | 4/10/2025 23:18 | 0.00629155 | $ 501.16 | 501.16017 |
| a0646a | 9a42026 | 4/11/2025 13:45 | 0.0042658 | $ 350.08 | 350.07512 |
| ae8047 | 1048ab0 | 4/12/2025 20:26 | 0.00353821 | $ 300.51 | 300.50996 |
| adeccb | f3766f | 4/13/2025 4:55 | 0.00011815 | $ 10.09 | 10.09277 |
| eb91c3 | 7b4655 | 4/13/2025 5:11 | 0.01168521 | $ 988.43 | 988.42746 |

| ID1 | ID2 | Date | Amount | | USD | USD Exact |
|---|---|---|---|---|---|---|
| 40e7db4 | d5948a1 | 4/13/2025 14:26 | 0.00386913 | $ | 323.28 | 323.28054 |
| a28e288 | 6348d | 4/13/2025 18:11 | 0.01611712 | $ | 1,366.04 | 1366.04114 |
| 53888ec | 9d7977a | 4/14/2025 14:16 | 0.01182272 | $ | 997.66 | 997.65664 |
| a90fc02a | b110804 | 4/15/2025 3:57 | 0.00515104 | $ | 439.02 | 439.01731 |
| 8390735 | 7672d22c | 4/15/2025 6:08 | 0.23269407 | $ | 19,906.81 | 19906.8109 |
| 1c89da9 | 6844a5a | 4/15/2025 18:08 | 0.01183745 | $ | 1,000.04 | 1000.03729 |
| 817d1f0 | 32ff4 | 4/16/2025 18:50 | 0.01193798 | $ | 995.05 | 995.05179 |
| 632e997 | 3737d3 | 4/17/2025 15:21 | 0.07102241 | $ | 5,971.94 | 5971.93799 |
| 81242ab | dbeab0d | 4/18/2025 16:49 | 0.00347704 | $ | 293.35 | 293.35458 |
| ba65f78 | 9d8772 | 4/18/2025 18:45 | 0.01182442 | $ | 999.84 | 999.8364 |
| e47d792 | 8252f | 4/19/2025 14:40 | 0.0058519 | $ | 500.10 | 500.10092 |
| 76fbba0 | 01e24f | 4/21/2025 17:39 | 0.00706801 | $ | 615.72 | 615.72486 |
| c098aa2 | 01e3ed | 4/21/2025 17:40 | 0.0029127 | $ | 253.74 | 253.73787 |
| c0a2637 | e34cdc | 4/21/2025 20:22 | 0.05948436 | $ | 5,200.95 | 5200.94924 |
| b520224 | 4623eb3 | 4/22/2025 9:25 | 0.00282989 | $ | 250.18 | 250.18293 |
| f13982b | 28b6679 | 4/22/2025 10:21 | 0.01664087 | $ | 1,473.51 | 1473.50672 |
| 85d263c | 07146db | 4/22/2025 23:48 | 0.013 | $ | 1,206.41 | 1206.41227 |
| 05cb929 | 2980a77 | 4/23/2025 1:44 | 0.002477 | $ | 230.14 | 230.13851 |
| da58c02 | 9524410 | 4/23/2025 1:44 | 0.0601 | $ | 5,583.90 | 5583.90176 |
| e5db93e | 72405b8 | 4/23/2025 21:33 | 0.01066261 | $ | 999.03 | 999.03475 |
| 7de82ea | bb8a02 | 4/24/2025 22:03 | 0.00536 | $ | 500.60 | 500.59716 |
| af65a76 | 242fd5d | 4/27/2025 20:42 | 0.10676402 | $ | 10,084.17 | 10084.16598 |
| cc8c619 | 7dcab | 4/28/2025 10:11 | 0.00843694 | $ | 799.60 | 799.59726 |
| 5011297 | 5be885a | 4/28/2025 17:44 | 0.00266957 | $ | 250.34 | 250.33982 |
| 7cb99a4 | 47c7c4 | 4/29/2025 8:57 | 0.00264414 | $ | 251.09 | 251.09139 |
| 1b21a71 | 040247 | 4/30/2025 22:28 | 0.0052882 | $ | 499.48 | 499.48062 |
| a6c79c5 | ab18e49 | 5/1/2025 11:10 | 0.00301344 | $ | 289.89 | 289.89224 |
| 15fffbb1 | 02f0d1 | 5/1/2025 18:21 | 0.10329297 | $ | 10,001.62 | 10001.61934 |
| 99dbbdc | 2462310f | 5/2/2025 3:49 | 0.0109458 | $ | 1,061.60 | 1061.60299 |
| b2ba47f | 86ea1d | 5/2/2025 20:29 | 0.01063583 | $ | 1,031.36 | 1031.36123 |
| 7b6ee9e | cc2e4b | 5/2/2025 22:52 | 0.00517048 | $ | 500.55 | 500.55428 |
| ad43a85 | fc4e7 | 5/3/2025 10:12 | 0.051949 | $ | 5,002.00 | 5002.00216 |
| f42cd99 | acfea | 5/3/2025 18:35 | 0.00417 | $ | 401.30 | 401.30415 |
| 2fbec11 | 34fb | 5/4/2025 20:17 | 0.6787141 | $ | 64,917.89 | 64917.88517 |
| 57837aa | 37c2d | 5/5/2025 0:38 | 0.00370202 | $ | 349.45 | 349.45271 |
| b097b78 | b9074bd6 | 5/5/2025 5:01 | 0.01157683 | $ | 1,094.27 | 1094.27019 |
| d489f63 | db9056 | 5/5/2025 7:44 | 0.02114 | $ | 2,005.15 | 2005.15115 |

| ID | Hash | Date | Amount | | USD | USD Exact |
|---|---|---|---|---|---|---|
| 783770 | 7e85d56 | 5/5/2025 9:19 | 0.01084308 | $ | 1,026.31 | 1026.31251 |
| 4c7bc8 | 92cb77 | 5/5/2025 9:48 | 0.00739954 | $ | 700.38 | 700.37669 |
| a0d002 | 7d0b23b | 5/6/2025 18:29 | 0.21319373 | $ | 20,157.37 | 20157.37381 |
| bda187 | dff6957 | 5/6/2025 22:40 | 0.10450828 | $ | 9,897.02 | 9897.02191 |
| 754397 | 124296b | 5/7/2025 1:10 | 0.00503113 | $ | 490.22 | 490.22244 |
| 4a1ca9 | a3581ff | 5/7/2025 9:47 | 0.00538404 | $ | 522.41 | 522.40585 |
| 17c198 | ded225c9 | 5/7/2025 14:22 | 0.01031167 | $ | 1,000.59 | 1000.59346 |
| 33e445 | 44a2c8db | 5/7/2025 15:12 | 0.00516209 | $ | 500.52 | 500.52277 |
| c6c914 | a9d32c3 | 5/7/2025 16:10 | 0.02063977 | $ | 2,001.05 | 2001.04776 |
| 71b065 | 443980e | 5/8/2025 2:52 | 0.00273596 | $ | 267.72 | 267.72497 |
| e156ba | 595e2ab | 5/8/2025 5:20 | 0.00359104 | $ | 355.44 | 355.43834 |
| fdc8a4 | 223385 | 5/8/2025 14:21 | 0.00303 | $ | 300.92 | 300.91515 |
| 2f1ad2 | 55410ee | 5/9/2025 3:29 | 0.00248318 | $ | 254.67 | 254.66918 |
| afc090f | fd4825 | 5/11/2025 9:26 | 0.101134 | $ | 10,503.01 | 10503.00719 |
| 5edd66 | 4e354492 | 5/12/2025 18:36 | 0.09866978 | $ | 10,120.18 | 10120.17552 |
| ceccdf | 379366 | 5/12/2025 20:44 | 0.10252805 | $ | 10,441.64 | 10441.6364 |
| 4063d9 | b96a22e1 | 5/12/2025 20:44 | 0.00322516 | $ | 328.46 | 328.45595 |
| 0a876c | b1f2f4d | 5/12/2025 21:54 | 0.00331744 | $ | 340.77 | 340.76842 |
| a31252 | 503a585 | 5/12/2025 22:00 | 0.00336649 | $ | 345.16 | 345.16318 |
| 320920 | 973366404 | 5/13/2025 3:13 | 0.00799399 | $ | 816.00 | 815.99962 |
| 4f1d56 | 626a0f2 | 5/13/2025 9:01 | 0.067155 | $ | 6,898.64 | 6898.63512 |
| a787d5 | a7a7bde | 5/14/2025 20:28 | 0.00290117 | $ | 299.80 | 299.79663 |
| 4dc832 | ecf46a | 5/15/2025 16:38 | 0.02821348 | $ | 2,915.64 | 2915.63518 |
| 2b53dc | 9bbaefd | 5/15/2025 19:37 | 0.00970198 | $ | 996.80 | 996.80244 |
| 95c12c | 0cdf69b3 | 5/16/2025 9:17 | 0.05405 | $ | 5,591.40 | 5591.39895 |
| 046864 | 8616fb64 | 5/18/2025 1:57 | 0.00247023 | $ | 255.39 | 255.38654 |
| 966b57 | 20410979 | 5/19/2025 18:12 | 0.03815478 | $ | 4,022.27 | 4022.27046 |
| 79eedb | 23a755480 | 5/20/2025 1:07 | 0.01502001 | $ | 1,588.15 | 1588.15474 |
| 90509a | f35d5e9 | 5/20/2025 8:19 | 0.00067336 | $ | 70.74 | 70.74157 |
| dd3f32 | 781ec7d | 5/20/2025 8:19 | 0.54569377 | $ | 57,329.26 | 57329.26217 |
| 5ada3d | 362e5647 | 5/20/2025 17:34 | 0.00385134 | $ | 405.35 | 405.35102 |
| 9f2794 | 24ad7c0 | 5/20/2025 20:13 | 0.02575196 | $ | 2,754.99 | 2754.99169 |
| 8d6a70 | be304e | 5/20/2025 20:24 | 0.0937093 | $ | 10,025.19 | 10025.19197 |
| 5a2bae | c722d | 5/20/2025 20:50 | 0.32810552 | $ | 35,101.33 | 35101.32745 |
| a96c04 | 9f1a6477 | 5/21/2025 3:17 | 0.00467922 | $ | 500.23 | 500.22544 |
| 4d14f3 | dfa8dd9 | 5/21/2025 20:56 | 0.01156204 | $ | 1,256.86 | 1256.85813 |
| 833dcc | 8c50a31 | 5/23/2025 7:52 | 0.00925 | $ | 1,022.30 | 1022.30031 |

| ID | Ref | Date | Amount | | USD | USD (exact) |
|---|---|---|---|---|---|---|
| ee217ae | 89f05 | 5/23/2025 16:37 | 0.00332826 | $ | 362.74 | 362.74386 |
| b4c2a93 | 25d6d | 5/26/2025 14:56 | 0.00227954 | $ | 249.88 | 249.87822 |
| 31ee3e2 | 353d4 | 5/27/2025 4:34 | 0.004685 | $ | 510.29 | 510.28741 |
| eb1561c | dfa | 5/27/2025 16:49 | 0.09020821 | $ | 9,939.50 | 9939.50113 |
| 6c9c189 | 527854 | 5/28/2025 9:01 | 0.0091665 | $ | 999.69 | 999.68922 |
| 24cbb2c | 84993 | 5/28/2025 13:40 | 0.03672843 | $ | 3,999.94 | 3999.93647 |
| 714e842 | d64895 | 5/29/2025 2:13 | 0.00696373 | $ | 753.31 | 753.31032 |
| ce2a72c | d324f | 5/29/2025 5:22 | 0.09290889 | $ | 9,994.81 | 9994.80877 |
| b9c22cf | 560d | 5/29/2025 16:30 | 0.00929651 | $ | 995.29 | 995.28903 |
| c226a86 | 78a | 5/29/2025 20:16 | 0.284 | $ | 30,066.31 | 30066.31171 |
| bb563b1 | 525b | 5/30/2025 17:05 | 0.028884 | $ | 3,001.41 | 3001.41351 |
| b20bef2 | 6dc0 | 6/1/2025 1:21 | 0.00378235 | $ | 395.15 | 395.15368 |
| 0175adf | 6ebbbe | 6/2/2025 3:17 | 0.00428916 | $ | 450.72 | 450.71955 |
| 80fb91d | ebe8f | 6/2/2025 18:11 | 0.00916939 | $ | 957.86 | 957.86495 |
| 910bd29 | 711638 | 6/2/2025 22:29 | 0.06 | $ | 6,302.16 | 6302.15916 |
| 70ed8ed | 535ed | 6/3/2025 1:58 | 0.00239816 | $ | 255.02 | 255.01728 |
| fec38b4 | b33be | 6/3/2025 16:50 | 0.004715 | $ | 502.97 | 502.96503 |
| ee39b56 | 8b87 | 6/3/2025 17:09 | 0.004735 | $ | 501.46 | 501.46389 |
| c6566bc | 917de | 6/3/2025 20:57 | 0.00473 | $ | 502.60 | 502.59635 |
| 220ac77 | 9809af | 6/4/2025 19:57 | 0.01905041 | $ | 2,000.46 | 2000.46038 |
| 3d2c5f8 | 1b49a | 6/5/2025 3:36 | 0.00237704 | $ | 249.66 | 249.66434 |
| 63eaf0a | e500b | 6/5/2025 16:47 | 0.04804312 | $ | 5,024.66 | 5024.66274 |
| a5ac0ea | 03 | 6/6/2025 2:17 | 0.00245288 | $ | 250.02 | 250.01663 |
| efc1e91 | 153070 | 6/8/2025 20:06 | 0.0025454 | $ | 270.68 | 270.68118 |
| f1336e0 | 40326 | 6/9/2025 0:11 | 0.08 | $ | 8,461.96 | 8461.95879 |
| b5f8f24 | e8fa | 6/9/2025 10:40 | 0.00945275 | $ | 1,008.47 | 1008.47038 |
| 1b941a0 | 63d2eb | 6/10/2025 14:39 | 0.00459136 | $ | 501.90 | 501.89721 |
| b3de989 | ccf8b | 6/10/2025 22:52 | 0.01366 | $ | 1,500.78 | 1500.78156 |
| 1bf176a | 3c0d17 | 6/11/2025 0:20 | 0.0045465 | $ | 501.20 | 501.19745 |
| dc2c7d3 | 47944 | 6/11/2025 0:36 | 0.0092 | $ | 1,014.19 | 1014.19038 |
| 388a7fb | 143b | 6/11/2025 7:53 | 0.00684801 | $ | 750.65 | 750.6483 |
| baacd17 | e1796c | 6/12/2025 1:30 | 0.13170027 | $ | 14,316.91 | 14316.9115 |
| 3e89582 | 45927 | 6/12/2025 17:16 | 0.1392826 | $ | 15,004.31 | 15004.30618 |
| e7cbb2f | d69f0 | 6/12/2025 20:51 | 0.00282666 | $ | 301.94 | 301.93659 |
| 2e01abe | 3a30 | 6/13/2025 4:21 | 0.01354882 | $ | 1,414.19 | 1414.19055 |
| 98ae8b0 | 15957f | 6/13/2025 20:09 | 0.00238784 | $ | 251.08 | 251.07871 |
| 8a64fe3 | 86fd6 | 6/19/2025 0:56 | 0.00911348 | $ | 956.42 | 956.41703 |