## Mori Trezor Bitcoin Analysis - Filtered for BTC Sent

| Hash | | Date | Value | USD Value | USD Value(2) |
|---|---|---|---|---|---|
| d78c733 | bae1be7 | 3/8/2022 15:41 | -0.00386419 | $ (150.29) | 150.29064 |
| 5169dc2 | f3abe09 | 3/8/2022 15:49 | -0.00129742 | $ (50.46) | 50.46079 |
| fb2e90e | a67c9e | 3/8/2022 15:56 | -0.05701107 | $ (2,217.34) | 2217.34181 |
| 3a61781 | ce7a5f | 3/24/2022 17:45 | -0.00068032 | $ (29.96) | 29.95542 |
| 727b8aa | fcce527 | 3/26/2022 10:42 | -0.0004497 | $ (20.02) | 20.01564 |
| edfbb22 | 48755f0 | 4/10/2022 20:14 | -0.00238724 | $ (103.27) | 103.27332 |
| 48cfe10 | 1f17cd | 4/18/2022 17:49 | -0.00268648 | $ (106.06) | 106.0632 |
| 8c08117 | 8a20d90 | 4/18/2022 19:29 | -0.00024621 | $ (10.01) | 10.00859 |
| 78aaed5 | 4740421 | 4/21/2022 18:35 | -0.01851451 | $ (769.52) | 769.52469 |
| 369c5ab | a386ae8 | 6/7/2023 17:37 | -0.00152995 | $ (40.43) | 40.42587 |
| 9f83c25 | 019 | 9/14/2023 23:28 | -0.00113794 | $ (30.29) | 30.2949 |
| 25a260c | 9ee8ea3 | 10/22/2023 0:02 | -0.0003904 | $ (11.68) | 11.68024 |
| 17508ae | 02a4646 | 10/22/2023 7:58 | -0.01631686 | $ (491.00) | 491.00245 |
| d6d1619 | 805392 | 10/22/2023 8:25 | -0.00237551 | $ (70.87) | 70.87262 |
| e2d3b90 | 2b97f9 | 10/30/2023 16:19 | -0.02109705 | $ (731.32) | 731.32402 |
| dabc197 | 61b2809 | 10/31/2023 11:20 | -0.01741553 | $ (599.92) | 599.91537 |
| ea0a5b8 | 8e5881 | 12/19/2023 18:27 | -1.55893663 | $ (65,238.91) | 65238.91265 |
| c175863 | f3d60e | 1/4/2024 20:02 | -0.01359342 | $ (598.43) | 598.43253 |
| 63049e1 | d22d5b2 | 2/23/2024 13:35 | -0.00096175 | $ (49.03) | 49.02738 |
| ce39747 | 4ecde3 | 4/3/2024 20:40 | -0.00161629 | $ (106.41) | 106.41252 |
| f7e72b6 | c08bb55 | 7/23/2024 6:05 | -0.00025733 | $ (17.10) | 17.09825 |
| c4320ae | c5d3f | 7/23/2024 15:42 | -0.00019422 | $ (13.06) | 13.06092 |
| 7fd7e38 | 2217c0f | 8/7/2024 20:07 | -0.01543252 | $ (845.19) | 845.19412 |
| b380126 | 4a77db | 9/12/2024 15:00 | -0.05200319 | $ (2,994.66) | 2994.66147 |
| dc977c0 | 728bad | 9/12/2024 18:53 | -0.00855988 | $ (499.81) | 499.80737 |
| d531485 | a087e81 | 11/2/2024 1:46 | -0.47447197 | $ (33,053.32) | 33053.32461 |
| 3b64974 | b277a5c | 11/2/2024 1:50 | -0.02874802 | $ (2,002.68) | 2002.68445 |
| c1b8382 | f10e78 | 11/4/2024 17:07 | -0.00118264 | $ (80.08) | 80.08039 |
| eb7a45d | ee63c360 | 11/9/2024 21:55 | -0.00024854 | $ (18.97) | 18.97045 |
| ac9f5dd | df117cf | 11/11/2024 22:38 | -0.00000712 | $ (0.63) | 0.62659 |
| 34393f4 | f09bc3 | 11/20/2024 8:44 | -0.00483398 | $ (449.14) | 449.1385 |
| 8db8e54 | 626ab316 | 11/20/2024 14:18 | -0.01004547 | $ (948.89) | 948.89047 |
| 552f9b0 | 3be7a8 | 11/22/2024 19:56 | -0.01480907 | $ (1,468.88) | 1468.87667 |
| 46b34cb | b6c596 | 11/23/2024 9:17 | -0.00284088 | $ (279.88) | 279.875 |
| 0bc55f7 | 5c1cd03 | 11/23/2024 9:51 | -0.00304213 | $ (299.70) | 299.70155 |
| 1e16167 | 3394cf3 | 12/17/2024 21:35 | -0.01124322 | $ (1,199.68) | 1199.68337 |

| ID | ID2 | Date | Amount | | USD | Value |
|---|---|---|---|---|---|---|
| b479e7 | 32cb3 | 12/18/2024 22:20 | -0.05935246 | $ | (5,993.89) | 5993.89267 |
| 2f5ebb | 163d30 | 12/19/2024 14:22 | -0.00979489 | $ | (998.39) | 998.38552 |
| cd58ab | fb336 | 12/21/2024 20:40 | -0.00102994 | $ | (100.13) | 100.13421 |
| 694630 | 457229 | 1/2/2025 20:44 | -0.00002049 | $ | (1.99) | 1.99273 |
| f486b6 | 6e83b | 1/3/2025 2:06 | -0.03099078 | $ | (3,002.96) | 3002.96415 |
| b4ac87 | f46534 | 1/3/2025 23:20 | -0.00610227 | $ | (599.74) | 599.74237 |
| 706cdf7 | 324898 | 1/4/2025 1:59 | -0.06124386 | $ | (5,997.09) | 5997.08832 |
| 99bd56 | 0e1a37 | 1/4/2025 12:55 | -0.00255245 | $ | (249.80) | 249.79948 |
| 36cd03 | da36b2 | 1/5/2025 7:56 | -0.01016039 | $ | (1,000.13) | 1000.12992 |
| 97ec12 | 73711 | 1/5/2025 20:22 | -0.00509158 | $ | (499.30) | 499.30457 |
| 7a0f83d | 3e8e31 | 1/18/2025 12:42 | -0.00096791 | $ | (100.20) | 100.20231 |
| 15fbceb | f611 | 1/18/2025 12:51 | -0.02903741 | $ | (3,006.08) | 3006.0808 |
| 5040de | 0c642 | 1/21/2025 1:17 | -0.00361599 | $ | (365.89) | 365.88868 |
| 02ea98 | 1dd734 | 1/23/2025 20:52 | -0.24442706 | $ | (25,366.11) | 25366.11489 |
| 22dde9 | 618e | 1/25/2025 19:51 | -0.00951131 | $ | (998.83) | 998.83177 |
| 532a42 | ccb4f | 1/29/2025 16:29 | -0.05397872 | $ | (5,503.72) | 5503.71757 |
| 7415ef | a31ec | 1/29/2025 17:17 | -0.00107712 | $ | (109.93) | 109.93499 |
| 8762d9 | 9b0d65 | 1/31/2025 19:40 | -0.2050581 | $ | (21,051.49) | 21051.49345 |
| 544f27e | 9c89ed | 2/1/2025 11:17 | -0.00492141 | $ | (500.13) | 500.13461 |
| 7a0132 | db4312 | 2/3/2025 8:21 | -0.05243344 | $ | (5,004.04) | 5004.0405 |
| 1f7c66d | 3a4f2 | 2/3/2025 12:54 | -0.06285026 | $ | (5,983.01) | 5983.01411 |
| cbb0f3d | 81618 | 2/3/2025 17:40 | -0.05833131 | $ | (5,756.02) | 5756.02451 |
| 751f95 | f172711 | 2/3/2025 22:10 | -0.0029777 | $ | (303.51) | 303.50547 |
| ac5679 | eaf1 | 2/4/2025 8:19 | -0.0157346 | $ | (1,550.06) | 1550.05983 |
| 5bc481 | dcaf55 | 2/4/2025 9:00 | -0.0060889 | $ | (598.95) | 598.94754 |
| 851e0d | 706ec7 | 2/4/2025 15:22 | -0.0203581 | $ | (2,037.18) | 2037.17658 |
| 85732e | 0e828 | 2/5/2025 1:16 | -0.00102107 | $ | (100.40) | 100.40434 |
| 984a5d | bc4bf97 | 2/6/2025 16:36 | -0.00933124 | $ | (908.04) | 908.03598 |
| a2a728 | 903a19 | 2/11/2025 0:34 | -0.07191658 | $ | (7,009.33) | 7009.32508 |
| f1d108f | 076303 | 2/12/2025 9:12 | -0.06232277 | $ | (6,006.49) | 6006.4863 |
| cf4d117 | 2da43 | 2/12/2025 10:07 | -0.01083713 | $ | (1,042.06) | 1042.06175 |
| e8b324 | 9fa1f4d | 2/12/2025 15:54 | -0.05221769 | $ | (4,995.21) | 4995.21005 |
| 06bac8 | 597f2b | 2/13/2025 10:53 | -0.04155197 | $ | (4,001.04) | 4001.03575 |
| 97128f | 6a1d3e | 2/13/2025 17:16 | -0.0680023 | $ | (6,486.37) | 6486.37374 |
| dde6e1 | 38f6a3 | 2/13/2025 17:28 | -0.02098658 | $ | (2,001.80) | 2001.79702 |
| a839d8 | a16e3 | 2/13/2025 22:11 | -0.00103633 | $ | (100.02) | 100.018 |
| 10d7dc | 50e1b0 | 2/14/2025 8:17 | -0.04122776 | $ | (3,998.30) | 3998.29705 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20830c | | 98a76 | 2/14/2025 21:15 | -0.00920321 | $ (894.95) | 894.94749 |
| cecbf7f | | 552489 | 2/14/2025 22:19 | -0.00102512 | $ (99.94) | 99.94213 |
| f753b21 | | fe21b3f | 2/16/2025 8:52 | -0.05140595 | $ (5,000.85) | 5000.84761 |
| 6f7c020 | | 048e43 | 2/17/2025 20:08 | -0.1569366 | $ (14,999.61) | 14999.60718 |
| bab284 | | bd1673e | 2/18/2025 20:01 | -0.0010644 | $ (100.14) | 100.14176 |
| 1cd6d2 | | 1efd942fc | 2/19/2025 0:12 | -1.57064774 | $ (150,218.76) | 150218.7646 |
| 833f0e0 | | 8accbb1 | 2/19/2025 16:12 | -0.02080581 | $ (1,996.45) | 1996.45449 |
| 4562e3 | | f4f4208 | 2/19/2025 20:36 | -0.00103734 | $ (99.80) | 99.79813 |
| 0aaafeb | | af1ca | 2/20/2025 9:32 | -0.10288913 | $ (9,999.26) | 9999.26126 |
| 28a713 | | 9f1c2eb | 2/20/2025 21:04 | -0.00912964 | $ (899.44) | 899.44237 |
| 617375 | | e6e2ef08 | 2/21/2025 7:25 | -0.04062027 | $ (3,998.71) | 3998.70665 |
| ea0b94 | | 891168be | 2/22/2025 10:00 | -0.00933872 | $ (901.19) | 901.18506 |
| 259675 | | 01a9dd5a | 2/25/2025 14:57 | -0.06722689 | $ (5,973.24) | 5973.24178 |
| 06330d | | 02dbdab | 2/25/2025 19:17 | -0.03450457 | $ (3,001.61) | 3001.60531 |
| b78914 | | 2f119244 | 2/26/2025 0:46 | -0.15544205 | $ (13,775.78) | 13775.77739 |
| 39922a | | 70f93fd2 | 2/26/2025 10:00 | -0.022481 | $ (2,002.65) | 2002.64814 |
| 85ae82 | | 6bde9bd1 | 2/26/2025 20:54 | -0.01070791 | $ (897.54) | 897.53971 |
| fa5d391 | | 14143 | 2/27/2025 18:00 | -0.0090671 | $ (766.73) | 766.72678 |
| e0293b | | a1f8cd62 | 2/27/2025 20:05 | -0.08935166 | $ (7,510.54) | 7510.54429 |
| 340519 | | 8ca1e6f | 2/28/2025 0:54 | -0.09459172 | $ (8,011.67) | 8011.66967 |
| 31d38d | | 023573 | 2/28/2025 7:05 | -0.01132717 | $ (898.79) | 898.79104 |
| 3b54b7 | | a40bfa50 | 3/5/2025 19:06 | -0.01210233 | $ (1,086.28) | 1086.27769 |
| f883e57 | | e98393a | 3/11/2025 18:56 | -0.03027441 | $ (2,461.74) | 2461.74211 |
| c6f3c32 | | 4a5ea2a | 3/12/2025 23:00 | -0.02406826 | $ (2,013.26) | 2013.26093 |
| 5ae89b | | 91df220 | 3/14/2025 7:10 | -0.00121978 | $ (100.05) | 100.04955 |
| 4308ad | | 86da856 | 3/18/2025 15:33 | -1 | $ (81,869.74) | 81869.74221 |
| b3dc9a | | d252b4e3 | 3/18/2025 16:53 | -0.04660291 | $ (3,802.86) | 3802.86174 |
| 34ad86 | | ed1c12149 | 3/24/2025 14:29 | -1 | $ (87,714.22) | 87714.2213 |
| 408c8ca | | a62d41 | 3/27/2025 9:00 | -0.01143995 | $ (1,000.45) | 1000.44864 |
| 8e2509 | | 53cb4b9 | 3/27/2025 18:47 | -0.01341328 | $ (1,165.66) | 1165.65902 |
| 44c2fd3 | | 4c5653a | 3/28/2025 8:25 | -0.03507295 | $ (2,988.55) | 2988.54502 |
| be05f1b | | 40e6bfd | 3/28/2025 8:25 | -0.00198747 | $ (169.35) | 169.35113 |
| ced261 | | 96794b | 3/28/2025 17:02 | -0.02385297 | $ (1,998.06) | 1998.06081 |
| 427c9ec | | dc3b66c | 3/28/2025 17:21 | -0.02390714 | $ (2,002.60) | 2002.5984 |
| 859f547 | | 8bea1ab | 3/28/2025 18:48 | -0.07165206 | $ (6,015.78) | 6015.77541 |
| 83f89fb | | a9c1ad | 3/28/2025 19:03 | -0.07165206 | $ (6,007.51) | 6007.5074 |
| c0241c9 | | 73f645 | 3/29/2025 12:46 | -0.06063325 | $ (4,988.31) | 4988.30586 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5fc17ac5 | | e3a593 | 3/31/2025 20:13 | -0.13644783 | $ (11,248.78) | 11248.78343 |
| fb95e64 | | ed3125a9 | 4/2/2025 16:05 | -0.02938783 | $ (2,549.68) | 2549.67729 |
| b9cfb03f | | 7f2069c | 4/3/2025 14:42 | -0.00304752 | $ (250.90) | 250.89968 |
| e81db19 | | 7e873e37 | 4/7/2025 18:19 | -0.00949992 | $ (750.55) | 750.55474 |
| 47bafc2 | | cb11204 | 4/7/2025 18:21 | -0.00256498 | $ (202.65) | 202.64991 |
| 5f00e41 | | adcde82e | 4/7/2025 18:21 | -0.03166641 | $ (2,501.85) | 2501.84991 |
| d490a3d | | 7b4f0c0b | 4/9/2025 20:38 | -0.06079471 | $ (5,003.13) | 5003.12807 |
| 2e5dd9b | | d72ce42f3 | 4/9/2025 20:38 | -0.03039735 | $ (2,501.56) | 2501.56362 |
| 24ab617 | | 783d54e4 | 4/9/2025 20:45 | -0.24328828 | $ (20,021.52) | 20021.5187 |
| 6dbf8d9 | | 7b632f4 | 4/9/2025 21:01 | -0.12164414 | $ (10,119.70) | 10119.69729 |
| 7b319d7 | | 5cf385 | 4/9/2025 21:01 | -0.33913496 | $ (28,212.98) | 28212.97545 |
| 3bbcb3d | | 052354c1 | 4/11/2025 14:16 | -0.00751014 | $ (622.62) | 622.61969 |
| 78b4f8f6 | | b4021b97 | 4/11/2025 19:17 | -0.08353421 | $ (6,981.99) | 6981.9926 |
| 4806e1f | | 441440d | 4/11/2025 19:40 | -0.11927908 | $ (9,969.64) | 9969.63585 |
| 32687ac | | e91e3ba0 | 4/14/2025 20:24 | -0.05893794 | $ (5,003.94) | 5003.93546 |
| 2e327fe | | cb4aaed9 | 4/14/2025 20:24 | -0.00589379 | $ (500.39) | 500.39321 |
| a7577a8 | | 126853c1 | 4/15/2025 14:58 | -0.23521387 | $ (20,134.36) | 20134.35948 |
| c925ec6 | | 67f7a50 | 4/15/2025 17:13 | -0.12364142 | $ (10,491.87) | 10491.86703 |
| 2e18405 | | 63839997 | 4/15/2025 17:13 | -0.03473735 | $ (2,947.71) | 2947.71491 |
| 4e9cde9 | | 15b39f | 4/16/2025 19:25 | -0.10140637 | $ (8,520.76) | 8520.76245 |
| 11bdfea | | cdce7b | 4/18/2025 8:48 | -0.59042333 | $ (49,970.31) | 49970.30532 |
| 5dba288 | | 2c2ee10 | 4/18/2025 12:21 | -0.33581251 | $ (28,423.19) | 28423.19325 |
| d0582f8 | | e793386 | 4/21/2025 10:54 | -0.01143929 | $ (1,000.99) | 1000.98527 |
| e43677f | | 177281b | 4/21/2025 10:54 | -0.00114528 | $ (100.22) | 100.21675 |
| 979f7bc | | 7d0d8fa | 4/21/2025 18:34 | -0.01035769 | $ (899.42) | 899.42458 |
| e81f01b | | ee0b5d | 4/21/2025 19:37 | -0.00124251 | $ (107.87) | 107.86946 |
| 4aeb2ea | | 6bf0f58 | 4/22/2025 20:40 | -0.02737236 | $ (2,505.28) | 2505.28218 |
| 766aed0 | | daa996a0 | 4/22/2025 22:32 | -0.16365456 | $ (15,221.92) | 15221.92434 |
| 999fe68 | | 533501c5 | 4/23/2025 10:57 | -0.00675576 | $ (634.63) | 634.62564 |
| 7e5ac41 | | 69812f8 | 4/23/2025 11:32 | -0.08111425 | $ (7,603.14) | 7603.1398 |
| 699cfd1 | | e66383a | 4/24/2025 14:12 | -0.00970037 | $ (900.68) | 900.67789 |
| be1689b | | ad7aebff | 4/28/2025 9:19 | -0.00211042 | $ (199.95) | 199.94725 |
| 17faf0b0 | | a744e20 | 4/28/2025 16:30 | -0.00257119 | $ (241.30) | 241.29924 |
| 60c4bd4 | | 24653111 | 4/28/2025 23:47 | -0.0326278 | $ (3,094.70) | 3094.69839 |
| fa4ad67 | | ab49eabc | 5/2/2025 16:51 | -0.00051196 | $ (49.85) | 49.85417 |
| b13682a | | ofabfed1 | 5/2/2025 16:51 | -0.01843054 | $ (1,794.75) | 1794.74821 |
| 598ffa5f | | 57ef273 | 5/5/2025 5:38 | -0.92510201 | $ (87,442.90) | 87442.89726 |

| ID | ID2 | Date | Amount | $ | Value | Value2 |
|---|---|---|---|---|---|---|
| 801d0 | c200 | 5/5/2025 5:38 | -0.01165205 | $ | (1,101.38) | 1101.38017 |
| 2dbffd | b07e520 | 5/5/2025 5:38 | -0.00858014 | $ | (811.02) | 811.01575 |
| 94103 | cd72 | 5/5/2025 13:33 | -0.00954168 | $ | (901.01) | 901.00556 |
| 7c23e2 | 8a617e | 5/5/2025 14:48 | -0.00426008 | $ | (401.69) | 401.68804 |
| 76e50 | 840d | 5/5/2025 21:00 | -0.03183666 | $ | (3,002.64) | 3002.64419 |
| 13a6cc | 8813 | 5/6/2025 18:29 | -0.02749984 | $ | (2,600.10) | 2600.09783 |
| 1c2b60 | 74b7b | 5/6/2025 20:07 | -0.00365374 | $ | (347.09) | 347.08608 |
| 767c34 | 839729 | 5/7/2025 6:13 | -0.02074538 | $ | (1,999.65) | 1999.65209 |
| 228a7 | 05537b | 5/7/2025 14:56 | -0.01437977 | $ | (1,395.34) | 1395.34177 |
| 5118d | b1c21be | 5/8/2025 7:46 | -0.01914126 | $ | (1,895.73) | 1895.72582 |
| 4aacbf | df01c7 | 5/8/2025 19:30 | -0.11037248 | $ | (11,191.29) | 11191.29071 |
| 2b03df | 5898fd | 5/8/2025 19:30 | -0.18567773 | $ | (18,826.92) | 18826.9164 |
| 44322 | c3ea9f | 5/12/2025 18:16 | -0.00194856 | $ | (199.86) | 199.85622 |
| 804a7f | 77b51b0 | 5/13/2025 0:48 | -0.30122238 | $ | (30,967.74) | 30967.74001 |
| e7207 | 97a59 | 5/14/2025 17:09 | -0.00096641 | $ | (99.90) | 99.90125 |
| 939cc1 | e467 | 5/15/2025 7:16 | -0.08859893 | $ | (9,062.13) | 9062.12831 |
| ad1eb | 637be | 5/15/2025 16:54 | -0.00387619 | $ | (400.57) | 400.57292 |
| de5f36 | c02461 | 5/15/2025 16:54 | -0.01938097 | $ | (2,002.87) | 2002.86664 |
| c082d6 | bee24 | 5/19/2025 17:37 | -0.00484547 | $ | (510.75) | 510.75367 |
| a46e6 | 367575 | 5/19/2025 19:18 | -0.08582627 | $ | (8,996.18) | 8996.18494 |
| 05ce3f | edc2ed | 5/19/2025 19:18 | -0.00666584 | $ | (698.70) | 698.70367 |
| 04482d | be510 | 5/20/2025 10:09 | -0.53083818 | $ | (55,898.61) | 55898.60798 |
| 8c0198 | fdc2e | 5/20/2025 10:09 | -0.02696054 | $ | (2,839.01) | 2839.01331 |
| 625a8 | 3b388a | 5/22/2025 21:30 | -0.00450304 | $ | (500.05) | 500.0472 |
| ad16a | 95581a | 5/23/2025 7:52 | -0.00248433 | $ | (274.57) | 274.56555 |
| 46f5a7 | b216d | 5/23/2025 7:52 | -0.03464596 | $ | (3,829.04) | 3829.0352 |
| d7ef25 | c3dd | 5/23/2025 7:52 | -0.09834887 | $ | (10,869.41) | 10869.41406 |
| 377e6f | 933776 | 5/27/2025 8:12 | -0.00799898 | $ | (876.79) | 876.7942 |
| 5fccb3 | 59af | 5/27/2025 19:10 | -0.00908876 | $ | (998.80) | 998.79746 |
| 122acd | 0dc25 | 5/28/2025 14:26 | -0.00330998 | $ | (357.76) | 357.76229 |
| 8c1130 | 063fa | 5/28/2025 14:26 | -0.00482705 | $ | (521.74) | 521.73623 |
| f7cc3e | ed9bb | 5/29/2025 0:34 | -0.0371178 | $ | (4,001.53) | 4001.52907 |
| ff9acc5 | 8cabbf | 5/30/2025 7:56 | -0.4683021 | $ | (49,522.06) | 49522.06218 |
| 431bb | bf8c6b9 | 5/30/2025 7:57 | -0.01536463 | $ | (1,624.78) | 1624.78059 |
| 89d5c1 | 1e1fa1 | 5/30/2025 20:00 | -0.10013733 | $ | (10,479.45) | 10479.44682 |
| 806c1c | eb1 | 5/30/2025 20:36 | -0.00908508 | $ | (950.76) | 950.76045 |
| 8ecaf9 | a4a5ff | 6/2/2025 18:23 | -0.00192376 | $ | (200.96) | 200.96236 |

| | | | | | |
|---|---|---|---|---|---|
| 0f36953 | | 87e1eca | 6/2/2025 21:51 | -0.09574692 | $ (10,047.66) | 10047.66265 |
| 7507c1fd | | dcb2ec | 6/3/2025 12:35 | -0.02110422 | $ (2,223.18) | 2223.18252 |
| 999ee76 | | 47b2d0b | 6/5/2025 7:08 | -0.05150551 | $ (5,381.86) | 5381.863 |
| e88c8a6 | | ec04e01 | 6/5/2025 7:12 | -0.00181559 | $ (189.71) | 189.71284 |
| 1b75323 | | 705dae | 6/5/2025 7:12 | -0.01911151 | $ (1,996.98) | 1996.98107 |
| dfcbf18d | | 3275ed4 | 6/6/2025 8:56 | -0.00511785 | $ (528.48) | 528.48156 |
| 4d36565 | | 256d3aaf | 6/6/2025 9:05 | -0.00483966 | $ (501.53) | 501.53356 |
| 51133e7 | | 35483f | 6/6/2025 9:18 | -0.00764667 | $ (792.42) | 792.42377 |
| b1d6e9b | | d570934 | 6/6/2025 20:32 | -0.09083694 | $ (9,475.97) | 9475.97192 |
| de768d3 | | 181288c1 | 6/6/2025 20:32 | -0.00095618 | $ (99.75) | 99.74725 |
| dee8191 | | ec9723b | 6/6/2025 20:32 | -0.00812752 | $ (847.85) | 847.85057 |
| e808a07 | | bf18269 | 6/6/2025 20:32 | -0.0084813 | $ (884.76) | 884.75636 |
| 342e6e9 | | ccd81 | 6/6/2025 20:32 | -0.00796497 | $ (830.89) | 830.8936 |
| 3ad6664 | | 30ab5 | 6/6/2025 20:32 | -0.00382471 | $ (398.99) | 398.98795 |
| 8521d49 | | 5cf00a | 6/7/2025 21:45 | -0.02550442 | $ (2,701.08) | 2701.07809 |
| 8fc0220c | | 3dfb02 | 6/10/2025 6:29 | -0.01371905 | $ (1,499.98) | 1499.98156 |
| 310bd98 | | b2b69b842 | 6/10/2025 6:31 | -0.0274381 | $ (2,999.96) | 2999.96312 |
| 24c335d | | 7dbe9c | 6/10/2025 18:09 | -0.0321842 | $ (3,498.23) | 3498.23477 |