

Statement Period 02/11/25 TO 03/11/25
Primary Account #: ▮▮▮▮312

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 11

**GLOBAL OFFICE GROUP INC**
▮▮▮▮
**WAPPINGERS FALLS NY 12590-1227**

## BUSINESS CHECKING    Statement Period 02/11/25 - 03/11/25

**GLOBAL OFFICE GROUP INC**    Account # ▮▮▮▮7812

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Ending Balance | $1,600.00 |
| Deposits/Credits | +$1,600.00 | Average Daily Balance | $824.14 |
| Withdrawals/Debits | -$0.00 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 02-11 | **Beginning Balance** | | | $0.00 |
| 02-11 | BRANCH TRANSACTION AT MIDTOWN - CASH DEPOSIT. | $100.00 | | $100.00 |
| 02-26 | TREAS.LINK TRANSFER FROM ACCT ▮▮▮▮7847 - BUSINESS CHECKING PLUS | $1,500.00 | | $1,600.00 |
| 03-11 | **Ending Balance** | | | $1,600.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

 Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

▮▮▮▮7812

# Santander

Statement Period 03/12/25 TO 04/11/25
Primary Account # ▮▮▮▮ 7812

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 11

**GLOBAL OFFICE GROUP INC**
▮▮▮▮▮▮▮▮▮▮
**WAPPINGERS FALLS NY 12590-1227**

## BUSINESS CHECKING

Statement Period 03/12/25 - 04/11/25

**GLOBAL OFFICE GROUP INC**   Account # ▮▮▮▮ 7812

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $1,600.00 | Ending Balance | $2,600.00 |
| Deposits/Credits | +$2,000.00 | Average Daily Balance | $1,632.26 |
| Withdrawals/Debits | -$1,000.00 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 03-12 | **Beginning Balance** | | | $1,600.00 |
| 04-11 | TREAS.LINK TRANSFER FROM ACCT ▮▮▮▮▮▮27847 - BUSINESS CHECKING PLUS | $2,000.00 | | $3,600.00 |
| 04-11 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $1,000.00 | $2,600.00 |
| 04-11 | **Ending Balance** | | | $2,600.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

▮▮▮▮ 7812

# Santander

Statement Period 04/12/25 TO 05/11/25
Primary Account #: 7812

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 11

**GLOBAL OFFICE GROUP INC**

**WAPPINGERS FALLS NY 12590-1227**

## Santander is improving its Funds Availability Policy, effective April 5, 2025.

Please call us at the phone number on your statement if you have any questions.

We are increasing the minimum amount of funds available the next business day to $275 from $225. With this change, you could have an additional $50 available to you faster. In certain cases when longer delays may apply, such as large dollar deposits, our Funds Availability Policy threshold amount is being increased to $6,725 from $5,525.

After the effective date, our updated Funds Availability Policy will be posted in our branches for reference.

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2025 Santander Bank, N.A. All rights reserved. Santander, Santander Bank and the Flame logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.
2504FUND  1090502  04/2025

## BUSINESS CHECKING

Statement Period 04/12/25 - 05/11/25

**GLOBAL OFFICE GROUP INC**  Account: 7812

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $2,600.00 | Ending Balance | $111,333.45 |
| Deposits/Credits | +$205,000.00 | Average Daily Balance | $40,784.13 |
| Withdrawals/Debits | -$96,266.55 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 04-12 | Beginning Balance | | | $2,600.00 |
| 04-14 | MONTHLY FEE FROM 03-12-2025 TO 04-11-2025 | | $15.00 | $2,585.00 |
| 04-18 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $1,000.00 | $1,585.00 |
| 04-25 | TREAS.LINK TRANSFER FROM ACC 7804 - BUSINESS CHECKING | $5,000.00 | | $6,585.00 |
| 04-25 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $1,000.00 | $5,585.00 |
| 04-25 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $2,000.00 | $3,585.00 |
| 05-02 | TREAS.LINK TRANSFER FROM ACC 7804 - BUSINESS CHECKING | $50,000.00 | | $53,585.00 |
| 05-02 | TREAS.LINK TRANSFER FROM ACC 7804 - BUSINESS CHECKING | $50,000.00 | | $103,585.00 |
| 05-02 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $1,000.00 | $102,585.00 |
| 05-06 | TREAS.LINK TRANSFER FROM ACC 304 - BUSINESS CHECKING | $100,000.00 | | $202,585.00 |
| 05-06 | COURT ORDERED PAYMENT 250505 0000 | | $1,000.00 | $201,585.00 |
| 05-07 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $88,091.15 | $113,493.85 |
| 05-08 | PAYCHEX TPS TAXES 050525 11911300005585X | | $285.74 | $113,208.11 |
| 05-08 | PAYCHEX INC. PAYROLL 1910800001735X | | $833.28 | $112,374.83 |
| 05-09 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $1,000.00 | $111,374.83 |
| 05-09 | PAYX-PIA-WC WC-PREMIUM 0000047908987 | | $13.18 | $111,361.65 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

7812

# Santander

## Account Activity (Cont. for Acct# ▮▮▮▮7812)

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-09 | PAYCHEX EIB INVOICE 250509 X11916000011929 | | $28.20 | $111,333.45 |
| 05-11 | **Ending Balance** | | | $111,333.45 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

**Santander**

Statement Period 05/12/25 TO 06/11/25
Primary Account # ▮▮▮▮▮7812

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 11

**GLOBAL OFFICE GROUP INC**
▮▮▮▮▮▮▮▮▮▮
**WAPPINGERS FALLS NY 12590-1227**

## Santander is improving its Funds Availability Policy, effective April 5, 2025.

Please call us at the phone number on your statement if you have any questions.

We are increasing the minimum amount of funds available the next business day to $275 from $225. With this change, you could have an additional $50 available to you faster. In certain cases when longer delays may apply, such as large dollar deposits, our Funds Availability Policy threshold amount is being increased to $6,725 from $5,525.

After the effective date, our updated Funds Availability Policy will be posted in our branches for reference.

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2025 Santander Bank, N.A. All rights reserved. Santander, Santander Bank and the Flame logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners. 2504FUND 1090502 04/2025

## BUSINESS CHECKING
Statement Period 05/12/25 - 06/11/25

**GLOBAL OFFICE GROUP INC**   Account # ▮▮▮▮▮7812

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $111,333.45 | Ending Balance | $193,762.26 |
| Deposits/Credits | +$400,000.00 | Average Daily Balance | $268,734.68 |
| Withdrawals/Debits | -$317,571.19 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference |
|---|---|---|---|
| 10105 | 05/29 | $794.21 | 0986824030 |

1 Check(s) Posted = $794.21

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-12 | **Beginning Balance** | | | $111,333.45 |
| 05-12 | TREAS.LINK TRANSFER FROM ACCT ▮▮▮▮▮7804 - BUSINESS CHECKING | $100,000.00 | | $211,333.45 |
| 05-13 | FEES FOR ACCOUNT ANALYSIS 04/30/25 | | $88.00 | $211,245.45 |
| 05-15 | PAYCHEX TPS TAXES 051325 12009200022872X | | $533.63 | $210,711.82 |
| 05-15 | PAYCHEX INC. PAYROLL 12005600033903X | | $1,704.41 | $209,007.41 |
| 05-16 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $1,000.00 | $208,007.41 |
| 05-16 | PAYX-PIA-WC WC-PREMIUM 0000047955994 | | $5.51 | $208,001.90 |
| 05-16 | PAYCHEX EIB INVOICE 250516 X12021500008843 | | $29.88 | $207,972.02 |
| 05-19 | VAL *THE DANL WEBSTER SANDWICH /MA US CARD PURCHASE | | $536.77 | $207,435.25 |
| 05-23 | PAYX-PIA-WC WC-PREMIUM 0000048037500 | | $6.18 | $207,429.07 |



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

▮▮▮▮▮7812

# Santander

## Account Activity (Cont. for Acct# ▇▇▇▇7812)

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-23 | PAYCHEX TPS TAXES 052225 12130700008289X | | $1,156.80 | $206,272.27 |
| 05-23 | PAYCHEX INC. PAYROLL 12128700022014X | | $2,488.55 | $203,783.72 |
| 05-27 | TREAS.LINK TRANSFER FROM ACCT ▇▇▇▇7847 - BUSINESS CHECKING PLUS | $300,000.00 | | $503,783.72 |
| 05-27 | PAYCHEX EIB INVOICE 250527 X12141200012707 | | $52.94 | $503,730.78 |
| 05-29 | CHECK 000000010105 | | $794.21 | $502,936.57 |
| 05-29 | PAYCHEX TPS TAXES 052725 12160800031609X | | $2,313.60 | $500,622.97 |
| 05-29 | PAYCHEX INC. PAYROLL 12162400041092X | | $6,565.52 | $494,057.45 |
| 05-30 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $2,000.00 | $492,057.45 |
| 05-30 | PAYX-PIA-WC WC-PREMIUM 0000048052505 | | $6.05 | $492,051.40 |
| 05-30 | PAYCHEX EIB INVOICE 250530 X12178500026779 | | $39.96 | $492,011.44 |
| 06-02 | PROGRESSIVE INS 855-758-0945 /OH US CARD PURCHASE | | $4,733.00 | $487,278.44 |
| 06-02 | TASCA AUTO GROUP CRANSTON /RI US CARD PURCHASE | | $296.75 | $486,981.69 |
| 06-02 | TASCA AUTO GROUP CRANSTON /RI US CARD PURCHASE | | $438.25 | $486,543.44 |
| 06-03 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $1,500.00 | $485,043.44 |
| 06-03 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $284,287.00 | $200,756.44 |
| 06-03 | ACHWEBPAYMENTFEE WEBPAYMENT250602 | | $2.95 | $200,753.49 |
| 06-03 | KAPLANINSURANCEA WEBPAYMENT250602 | | $2,146.31 | $198,607.18 |
| 06-05 | PAYCHEX INC FLEXPERKS LKymsR7ybShD4wc | | $43.16 | $198,564.02 |
| 06-05 | PAYCHEX TPS TAXES 060225 12243600022128X | | $1,156.80 | $197,407.22 |
| 06-05 | PAYCHEX INC. PAYROLL haPe0EbjYDJMAiK | | $3,239.60 | $194,167.62 |
| 06-06 | PAYX-PIA-WC WC-PREMIUM 0000048098719 | | $6.18 | $194,161.44 |
| 06-06 | PAYCHEX EIB INVOICE 250606 X12252500031178 | | $32.80 | $194,128.64 |
| 06-09 | NEW YORK STATE DMV WAPPINGERS FA /NY US CARD PURCHASE | | $366.38 | $193,762.26 |
| 06-11 | **Ending Balance** | | | $193,762.26 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.





7812  # 10105  05/29/25  $794.21

# Santander

**Statement Period 06/12/25 TO 07/11/25**
**Primary Account #: ████812**

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 1 1

**GLOBAL OFFICE GROUP INC**
███████████████
**WAPPINGERS FALLS NY 12590-1227**

## BUSINESS CHECKING

**Statement Period 06/12/25 - 07/11/25**

**GLOBAL OFFICE GROUP INC**  Account # ████7812

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $193,762.26 | Ending Balance | $380,369.67 |
| Deposits/Credits | +$299,288.11 | Average Daily Balance | $242,333.59 |
| Withdrawals/Debits | -$112,680.70 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 06-12 | Beginning Balance | | | $193,762.26 |
| 06-12 | PAYCHEX INC FLEXPERKS jnIqNDOSiGjEzEr | | $43.16 | $193,719.10 |
| 06-12 | PAYCHEX TPS TAXES 060925 12324900019273X | | $1,156.80 | $192,562.30 |
| 06-12 | PAYCHEX INC. PAYROLL Sq3VidETS5vtO0z | | $3,239.60 | $189,322.70 |
| 06-12 | FEES FOR ACCOUNT ANALYSIS 05/31/25 | | $110.00 | $189,212.70 |
| 06-13 | TREAS.LINK TRANSFER FROM ACCT ████████804 - BUSINESS CHECKING | $10,000.00 | | $199,212.70 |
| 06-13 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $2,000.00 | $197,212.70 |
| 06-13 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $2,500.00 | $194,712.70 |
| 06-13 | PAYX-PIA-WC WC-PREMIUM 0000048134520 | | $6.18 | $194,706.52 |
| 06-13 | PAYCHEX EIB INVOICE 250613 X12335400023606 | | $33.24 | $194,673.28 |
| 06-13 | PAYCHEX-HRS HRS PMT 49449555 | | $677.23 | $193,996.05 |
| 06-17 | FL Dept of Reven ACCTVERIFY250617 202506130090966 | $0.65 | | $193,996.70 |
| 06-17 | FL Dept of Reven ACCTVERIFY250617 202506130090966 | $0.46 | | $193,997.16 |
| 06-17 | FL Dept of Reven ACCTVERIFY250617 | | $1.11 | $193,996.05 |
| 06-18 | PAYCHEX INC FLEXPERKS yvr55engiljFiGY | | $43.16 | $193,952.89 |
| 06-18 | PAYCHEX TPS TAXES 061625 12414100021370X | | $1,150.80 | $192,802.09 |
| 06-18 | PAYCHEX INC. PAYROLL HDaHiBHn61xQ4aQ | | $3,239.60 | $189,562.49 |
| 06-20 | COR*PRATE FILINGS LLC 855-344-2677 /WY US CARD PURCHASE | | $135.00 | $189,427.49 |
| 06-20 | CORPORATE FILINGS LLC SHERIDAN /WY US CARD PURCHASE | | $169.00 | $189,258.49 |
| 06-20 | CORPORATE FILINGS LLC SHERIDAN /WY US CARD PURCHASE | | $109.00 | $189,149.49 |
| 06-20 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $1,000.00 | $188,149.49 |
| 06-20 | PAYX-PIA-WC WC-PREMIUM 0000048192094 | | $6.18 | $188,143.31 |
| 06-20 | PAYCHEX EIB INVOICE 250620 X12423400007238 | | $33.24 | $188,110.07 |
| 06-23 | ASPEN DENTAL 0001 EAST SYRACUSE /NY US CARD PURCHASE | | $573.00 | $187,537.07 |
| 06-23 | SLICE*GIACOMOSPIZZACAF NEW YORK /NY US CARD PURCHASE | | $53.59 | $187,483.48 |
| 06-23 | E-Z*PASSNY REBILL 800-333-8655 /NY US CARD PURCHASE | | $25.00 | $187,458.48 |
| 06-23 | Microsoft-G097179232 msbill.info /WA US CARD PURCHASE | | $273.57 | $187,184.91 |
| 06-23 | MSFT * E0300WSDDM MSBILL.INFO /WA US CARD PURCHASE | | $4.33 | $187,180.58 |
| 06-23 | MSFT * E0300WS5WR MSBILL.INFO /WA US CARD PURCHASE | | $12.98 | $187,167.60 |
| 06-25 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $1,000.00 | $186,167.60 |
| 06-25 | **WIRE** TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | **$55,655.98** | $130,511.62 |
| 06-26 | MICROSOFT#G098724131 REDMOND /WA US CARD PURCHASE | | $4.33 | $130,507.29 |
| 06-26 | PAYX-PIA-WC WC-PREMIUM 0000048228415 | | $6.19 | $130,501.10 |
| 06-26 | PAYCHEX INC FLEXPERKS b24PxFD18LpgqUy | | $43.16 | $130,457.94 |
| 06-26 | PAYCHEX EIB INVOICE 250626 X12495800003344 | | $299.67 | $130,158.27 |
| 06-26 | PAYCHEX TPS TAXES 062325 12489800017340X | | $1,143.25 | $129,015.02 |
| 06-26 | PAYCHEX INC. PAYROLL 12492000051110X | | $3,231.15 | $125,783.87 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

████7812

# Santander

## Account Activity (Cont. for Acct# ██████7812)

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 06-27 | SERVERPOINT.COM LAS VEGAS /NV US CARD PURCHASE | | $250.00 | $125,533.87 |
| 06-27 | Microsoft-G098822016 msbill.info /WA US CARD PURCHASE | | $19.47 | $125,514.40 |
| 06-27 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $1,000.00 | $124,514.40 |
| 06-27 | PAYCHEX-HRS 401(K) 0000048385135 | | $10.00 | $124,504.40 |
| 06-30 | SINCH MAILJET PARIS /CA US CARD PURCHASE | | $40.56 | $124,463.84 |
| 06-30 | LENOVO UNITED STATES RALEIGH /NC US CARD PURCHASE | | $184.88 | $124,278.96 |
| 06-30 | Microsoft-G098994166 msbill.info /WA US CARD PURCHASE | | $34.06 | $124,244.90 |
| 07-01 | LENOVO UNITED STATES RALEIGH /NC US CARD PURCHASE | | $5,949.90 | $118,295.00 |
| 07-01 | BCE CLEANING SYSTEMS L CALHOUN /GA US CARD PURCHASE | | $1,271.71 | $117,023.29 |
| 07-01 | PY *PRIME STORAGE - WA WAPPINGERS FA /NY US CARD PURCHASE | | $500.00 | $116,523.29 |
| 07-01 | EMS BKRD DEP 250630 565500001002910 | | $294.97 | $116,228.32 |
| 07-01 | FL DEPT OF REVEN CHILDSUPP 250701 20250701000304 | | $1,075.00 | $115,153.32 |
| 07-02 | USD WIRE IN FROM TD BANK NATIONA ACCT * 749█ REF SECURITY DEPOS | $284,287.00 | | $399,440.32 |
| 07-02 | USD WIRE IN FROM TD BANK NATIONA ACCT * 749█ REF SUITE 130 INCI | $5,000.00 | | $404,440.32 |
| 07-02 | LYLIX LLC 8882211161 /CA US CARD PURCHASE | | $41.00 | $404,399.32 |
| 07-02 | PAYX-PIA-WC WC-PREMIUM 0000048273974 | | $6.18 | $404,393.14 |
| 07-02 | PAYCHEX INC FLEXPERKS QKSR1V2Avlp17hi | | $43.16 | $404,349.98 |
| 07-02 | PAYCHEX EIB INVOICE 250702 X12586400004757 | | $299.67 | $404,050.31 |
| 07-02 | PAYCHEX TPS TAXES 063025 12579000022083X | | $1,114.15 | $402,936.16 |
| 07-02 | PROG NORTHERN INS PREM 250701 | | $2,665.00 | $400,271.16 |
| 07-02 | PAYCHEX INC. PAYROLL 12580100002377X | | $3,158.25 | $397,112.91 |
| 07-03 | PAYCHEX-HRS 401(K) 0000048457026 | | $100.00 | $397,012.91 |
| 07-07 | CORPORATE FILINGS LLC SHERIDAN /WY US CARD PURCHASE | | $58.00 | $396,954.91 |
| 07-07 | THE HOME DEPOT #1207 WAPPINGERS FL /NY US CARD PURCHASE | | $90.96 | $396,863.95 |
| 07-07 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $5,000.00 | $391,863.95 |
| 07-07 | PAYCHEX EIB INVOICE 250707 X12565900003444 | | $325.83 | $391,538.12 |
| 07-09 | THE HOME DEPOT #1207 WAPPINGERS FL /NY US CARD PURCHASE | | $20.97 | $391,517.15 |
| 07-09 | MCDONALD'S F11452 WAPPINGERS FA /NY US CARD PURCHASE | | $13.00 | $391,504.15 |
| 07-09 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $1,000.00 | $390,504.15 |
| 07-10 | PAYX-PIA-WC WC-PREMIUM 0000048311406 | | $6.18 | $390,497.97 |
| 07-10 | PAYCHEX INC FLEXPERKS SBQvjs4swfPweRE | | $43.16 | $390,454.81 |
| 07-10 | PAYCHEX EIB INVOICE 250710 X12661500004118 | | $370.17 | $390,084.64 |
| 07-10 | PAYCHEX TPS TAXES 070725 12652700029798X | | $1,424.96 | $388,659.68 |
| 07-10 | PAYCHEX INC. PAYROLL 12654400008672X | | $3,956.94 | $384,702.74 |
| 07-11 | IRON CHEF HIBACHI & AS NEWBURGH /NY US CARD PURCHASE | | $385.32 | $384,317.42 |
| 07-11 | VERIZON BILL PAYMENT 800-VERIZON /FL US CARD PURCHASE | | $250.52 | $384,066.90 |
| 07-11 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $3,500.00 | $380,566.90 |
| 07-11 | PAYCHEX-HRS HRS PMT 49685029 | | $97.23 | $380,469.67 |
| 07-11 | PAYCHEX-HRS 401(K) 0000048517685 | | $100.00 | $380,369.67 |
| 07-11 | **Ending Balance** | | | $380,369.67 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

![Santander]

**Statement Period 07/12/25 TO 08/11/25**
**Primary Account #** ▮▮▮▮▮7812

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 11

**GLOBAL OFFICE GROUP INC**
▮▮▮▮▮▮▮▮▮▮▮▮▮
**WAPPINGERS FALLS NY 12590-1227**

## BUSINESS CHECKING

**Statement Period 07/12/25 - 08/11/25**

### GLOBAL OFFICE GROUP INC

Account # ▮▮▮▮▮7812

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $380,369.67 | Ending Balance | $301,592.61 |
| Deposits/Credits | +$97.23 | Average Daily Balance | $347,387.45 |
| Withdrawals/Debits | -$78,874.29 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference |
|---|---|---|---|
| 24666 | 07/18 | $659.35 | 0990715610 |

1 Check(s) Posted = $659.35

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 07-12 | Beginning Balance | | | $380,369.67 |
| 07-14 | INTUIT *QBooks Live CL.INTUIT.COM /CA US CARD PURCHASE | | $254.09 | $380,115.58 |
| 07-14 | Microsoft-G102112948 msbill.info /WA US CARD PURCHASE | | $273.57 | $379,842.01 |
| 07-14 | FEES FOR ACCOUNT ANALYSIS 06/30/25 | | $176.00 | $379,666.01 |
| 07-17 | TANJORE INDIAN CUISINE FISHKILL /NY US CARD PURCHASE | | $63.10 | $379,602.91 |
| 07-17 | PAYX-PIA-WC WC-PREMIUM 0000048367702 | | $6.18 | $379,596.73 |
| 07-17 | PAYCHEX INC FLEXPERKS JQ6lzvpIxVnvznT | | $43.16 | $379,553.57 |
| 07-17 | PAYCHEX EIB INVOICE 250717 X12745700000511 | | $308.00 | $379,245.57 |
| 07-17 | PAYCHEX TPS TAXES 071425 12745400043756X | | $1,478.96 | $377,766.61 |
| 07-17 | PAYCHEX INC. PAYROLL 12740400042869X | | $3,956.94 | $373,809.67 |
| 07-18 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $3,000.00 | $370,809.67 |
| 07-18 | PAYCHEX-HRS 401(K) 0000048583919 | | $100.00 | $370,709.67 |
| 07-18 | CHECK 000000024666 | | $659.35 | $370,050.32 |
| 07-21 | E-Z*PASSNY REBILL 800-333-8655 /NY US CARD PURCHASE | | $25.00 | $370,025.32 |
| 07-21 | Microsoft Corp www.microsof/WA US CARD PURCHASE | | $12.98 | $370,012.34 |
| 07-21 | MSFT * E0300X2OSH MSBILL.INFO /WA US CARD PURCHASE | | $4.33 | $370,008.01 |
| 07-21 | INTUIT *QBooks Online CL.INTUIT.COM /CA US CARD PURCHASE | | $297.34 | $369,710.67 |
| 07-22 | VERIZON*RECURRING PAY 800-VERIZON /FL US CARD PURCHASE | | $259.39 | $369,451.28 |
| 07-23 | PAYCHEX-HRS HRS PMT 49774362 | $97.23 | | $369,548.51 |
| 07-24 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $10,000.00 | $359,548.51 |
| 07-24 | PAYX-PIA-WC WC-PREMIUM 0000048401659 | | $6.19 | $359,542.32 |
| 07-24 | PAYCHEX INC FLEXPERKS sRD28TLFPbbJyL0 | | $43.16 | $359,499.16 |
| 07-24 | PAYCHEX EIB INVOICE 250724 X12823000000085 | | $308.00 | $359,191.16 |
| 07-24 | PAYCHEX TPS TAXES 072125 12823800024271X | | $1,416.76 | $357,774.40 |
| 07-24 | PAYCHEX INC. PAYROLL 12825300020124X | | $3,956.94 | $353,817.46 |
| 07-25 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $2,500.00 | $351,317.46 |
| 07-25 | PAYCHEX-HRS 401(K) 0000048636720 | | $100.00 | $351,217.46 |
| 07-28 | SINCH MAILJET PARIS /CA US CARD PURCHASE | | $46.25 | $351,171.21 |
| 07-28 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $2,000.00 | $349,171.21 |
| 07-29 | PY *PRIME STORAGE - WA WAPPINGERS FA /NY US CARD PURCHASE | | $500.00 | $348,671.21 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

▮▮▮▮▮812



## Account Activity (Cont. for Acct# ####7812)

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 07-29 | Microsoft-G103863480 msbill.info /WA US CARD PURCHASE | | $4.33 | $348,666.88 |
| 07-29 | Microsoft-G103958589 msbill.info /WA US CARD PURCHASE | | $19.47 | $348,647.41 |
| 07-29 | Microsoft Corpo REDMOND /WA US CARD PURCHASE | | $34.06 | $348,613.35 |
| 07-29 | FL DEPT OF REVEN CHILDSUPP 250729 202507290000353 | | $1,075.00 | $347,538.35 |
| 07-31 | PY *PRIME STORAGE - WA WAPPINGERS FA /NY US CARD PURCHASE | | $500.00 | $347,038.35 |
| 07-31 | LYLIX LLC 8882211161 /CA US CARD PURCHASE | | $41.00 | $346,997.35 |
| 07-31 | PAYX-PIA-WC WC-PREMIUM 0000048443791 | | $6.18 | $346,991.17 |
| 07-31 | PAYCHEX INC FLEXPERKS bgMKE7Ak9d8zVPJ | | $43.16 | $346,948.01 |
| 07-31 | PAYCHEX EIB INVOICE 250731 X12916100002381 | | $346.02 | $346,601.99 |
| 07-31 | PAYCHEX TPS TAXES 072825 12911500021774X | | $1,657.45 | $344,944.54 |
| 07-31 | PAYCHEX INC. PAYROLL 12915600016388X | | $3,959.06 | $340,985.48 |
| 08-01 | ASPEN POUGHKEEPSI 1441 POUGHKEEPSIE /NY US CARD PURCHASE | | $144.00 | $340,841.48 |
| 08-01 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $1,200.00 | $339,641.48 |
| 08-01 | PAYCHEX-HRS 401(K) 0000048707184 | | $100.00 | $339,541.48 |
| 08-01 | EMS BKRD DEP 250731 565500001002910 | | $471.88 | $339,069.60 |
| 08-04 | CORPORATE FILINGS LLC SHERIDAN /WY US CARD PURCHASE | | $29.00 | $339,040.60 |
| 08-04 | BC.*BASECAMP 4 5976980 3122815333 /IL US CARD PURCHASE | | $45.00 | $338,995.60 |
| 08-04 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $6,000.00 | $332,995.60 |
| 08-05 | FORD PROTECT 888-352-7901 /MI US CARD PURCHASE | | $277.56 | $332,718.04 |
| 08-05 | FORD PROTECT 888-352-7901 /MI US CARD PURCHASE | | $187.94 | $332,530.10 |
| 08-05 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $20,000.00 | $312,530.10 |
| 08-05 | PAYCHEX INC. PAYROLL 13026700022581X | | $798.69 | $311,731.41 |
| 08-07 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $1,000.00 | $310,731.41 |
| 08-07 | PAYX-PIA-WC WC-PREMIUM 0000048488297 | | $6.18 | $310,725.23 |
| 08-07 | PAYCHEX CGS GARNISH 080725 COL0121897294 | | $25.00 | $310,700.23 |
| 08-07 | PAYCHEX INC FLEXPERKS FX6QS3IPOwHUx80 | | $43.16 | $310,657.07 |
| 08-07 | PAYCHEX EIB INVOICE 250807 X13035100001506 | | $316.33 | $310,340.74 |
| 08-07 | PAYCHEX TPS TAXES 080425 13035500015869X | | $1,929.37 | $308,411.37 |
| 08-07 | PAYCHEX INC. PAYROLL 13026700022578X | | $5,502.33 | $302,909.04 |
| 08-08 | E-Z*PASSNY PAYMENT 800-333-8655 /NY US CARD PURCHASE | | $82.50 | $302,826.54 |
| 08-08 | PAYCHEX-HRS 401(K) 0000048778597 | | $100.00 | $302,726.54 |
| 08-08 | PAYCHEX EIB INVOICE 250808 X12988700000340 | | $816.46 | $301,910.08 |
| 08-11 | TST*FISHERMENS VIEW RE Sandwich /MA US CARD PURCHASE | | $129.00 | $301,781.08 |
| 08-11 | TST*DANL WEBSTER INN & Sandwich /MA US CARD PURCHASE | | $31.37 | $301,749.71 |
| 08-11 | TST*BELFRY INN AND BIS Sandwich /MA US CARD PURCHASE | | $157.10 | $301,592.61 |
| 08-11 | **Ending Balance** | | | $301,592.61 |

Please contact us immediately if you think your statement contains any errors or you need additional information about a transaction on your statement. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared. This time period may be shorter for certain transaction types. Please review your Business Deposit Account Agreement for applicable terms and conditions.

