# Santander

Statement Period 01/17/25 TO 02/17/25
Primary Account #: ####7847

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 17

**TRUSTED TRANSPORTATION GROUP INC**

**WAPPINGERS FALLS NY 12590-1227**

## BUSINESS CHECKING PLUS

Statement Period 01/17/25 - 02/17/25

**TRUSTED TRANSPORTATION GROUP INC**

Account # ####7847

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Ending Balance | $92,685.00 |
| Deposits/Credits | +$103,100.00 | Average Daily Balance | $15,697.66 |
| Withdrawals/Debits | -$10,415.00 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 01-17 | **Beginning Balance** | | | $0.00 |
| 01-17 | BRANCH TRANSACTION AT MIDTOWN - CASH DEPOSIT. | $100.00 | | $100.00 |
| 01-27 | USD WIRE IN FROM CITIBANK NA ACCT * 3867         REF 643829618024941 | $15,000.00 | | $15,100.00 |
| 01-31 | INTERNET TRANSFER TO ACCT            463 - BUSINESS MONEY MARKET SAVINGS | | $10,000.00 | $5,100.00 |
| 02-11 | CASH WITHDRAWAL SANTANDER N323 New York /NY US | | $400.00 | $4,700.00 |
| 02-13 | FEES FOR ACCOUNT ANALYSIS 01/31/25 | | $15.00 | $4,685.00 |
| 02-14 | USD WIRE IN FROM THREAD BANK ACCT * 1953 TRUSTED TRANSPOR REF TRANSFER TO OTHER | $55,000.00 | | $59,685.00 |
| 02-14 | USD WIRE IN FROM THREAD BANK ACCT * 1953 TRUSTED TRANSPOR REF TRANSFER | $33,000.00 | | $92,685.00 |
| 02-17 | **Ending Balance** | | | $92,685.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

####7847

**Santander**

Statement Period 02/18/25 TO 03/17/25
Primary Account #: ▮▮▮▮7847

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 17

TRUSTED TRANSPORTATION GROUP INC
▮▮▮▮▮▮▮▮▮▮
WAPPINGERS FALLS NY 12590-1227

## BUSINESS CHECKING PLUS

Statement Period 02/18/25 - 03/17/25

TRUSTED TRANSPORTATION GROUP INC

Account # ▮▮▮▮▮▮7847

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $92,685.00 | Ending Balance | $164,692.13 |
| Deposits/Credits | +$278,656.37 | Average Daily Balance | $125,658.83 |
| Withdrawals/Debits | -$206,649.24 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 02-18 | **Beginning Balance** | | | $92,685.00 |
| 02-26 | TREAS.LINK TRANSFER TO ACCT ▮▮▮▮▮7812 - BUSINESS CHECKING | | $1,500.00 | $91,185.00 |
| 02-27 | TREAS.LINK TRANSFER TO ACCT ▮▮▮▮▮7804 - BUSINESS CHECKING | | $5,000.00 | $86,185.00 |
| 03-07 | USD WIRE IN FROM WELLS FARGO BAN ACCT * 5921▮▮▮▮ TR REF CONSULTANCY FE | $225,000.00 | | $311,185.00 |
| 03-10 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $200,000.00 | $111,185.00 |
| 03-13 | FEES FOR ACCOUNT ANALYSIS 02/28/25 | | $60.00 | $111,125.00 |
| 03-14 | USD WIRE IN FROM LEAD BANK ACCT * 4376 GLOBAL OFFICE GR REF | $25,000.00 | | $136,125.00 |
| 03-14 | USD WIRE IN FROM CITIBANK NA ACCT * 3867▮▮▮▮ REF U | $15,000.00 | | $151,125.00 |
| 03-17 | WISE US INC EXSEEDINGL250317 From Exseedingly Con | $9,998.87 | | $161,123.87 |
| 03-17 | M MERCHANT CR CD DEP 250316 TRUSTED TRANSPORTATI | $3,657.50 | | $164,781.37 |
| 03-17 | M MERCHANT DLY DIS S 250316 554630119831652 | | $89.24 | $164,692.13 |
| 03-17 | **Ending Balance** | | | $164,692.13 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

▮▮▮▮▮7847

# Santander

**Statement Period 03/18/25 TO 04/17/25**
**Primary Account #:** 7847

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 17

**TRUSTED TRANSPORTATION GROUP INC**

**WAPPINGERS FALLS NY 12590-1227**

## BUSINESS CHECKING PLUS

Statement Period 03/18/25 - 04/17/25

**TRUSTED TRANSPORTATION GROUP INC**  Account # 7847

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $164,692.13 | Ending Balance | $175,340.50 |
| Deposits/Credits | +$300,786.11 | Average Daily Balance | $236,544.05 |
| Withdrawals/Debits | -$290,137.74 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 03-18 | Beginning Balance | | | $164,692.13 |
| 03-18 | M MERCHANT CR CD DEP 250317 TRUSTED TRANSPORTATI | $16,720.00 | | $181,412.13 |
| 03-18 | M MERCHANT DLY DIS S████████1652 | | $407.97 | $181,004.16 |
| 03-19 | M MERCHANT CR CD DEP 250318 TRUSTED TRANSPORTATI | $57,009.94 | | $238,014.10 |
| 03-19 | INTUIT *QBooks Online CL.INTUIT.COM /CA US CARD PURCHASE | | $53.52 | $237,960.58 |
| 03-19 | M MERCHANT DLY DIS S████████1652 | | $1,391.05 | $236,569.53 |
| 03-20 | M MERCHANT CR CD DEP 250319 TRUSTED TRANSPORTATI | $44,308.00 | | $280,877.53 |
| 03-20 | GATEWAY SERVICES WEBPAYMENT250319 | | $141.91 | $280,735.62 |
| 03-20 | M MERCHANT DLY DIS S████████1652 | | $1,081.12 | $279,654.50 |
| 03-20 | PROG CASUALTY INS PREM 250319 | | $3,297.00 | $276,357.50 |
| 03-21 | WISE US INC EXSEEDINGL250321 From Exseedingly Con | $13,998.87 | | $290,356.37 |
| 03-24 | M MERCHANT CR CD DEP 250321 TRUSTED TRANSPORTATI | $27,953.75 | | $318,310.12 |
| 03-24 | M MERCHANT CR CD DEP 250323 TRUSTED TRANSPORTATI | $21,370.25 | | $339,680.37 |
| 03-24 | M MERCHANT DLY DIS S████████1652 | | $521.44 | $339,158.93 |
| 03-24 | M MERCHANT DLY DIS S████████1652 | | $682.07 | $338,476.86 |
| 03-25 | M MERCHANT CR CD DEP 250324 TRUSTED TRANSPORTATI | $2,612.50 | | $341,089.36 |
| 03-25 | TREAS.LINK TRANSFER TO ACCT ████████7804 - BUSINESS CHECKING | | $50,000.00 | $291,089.36 |
| 03-25 | M MERCHANT DLY DIS S████████1652 | | $63.74 | $291,025.62 |
| 03-26 | M MERCHANT CR CD DEP 250325 TRUSTED TRANSPORTATI | $1,058.16 | | $292,083.78 |
| 03-26 | M MERCHANT DLY DIS S████████1652 | | $1,058.16 | $291,025.62 |
| 03-27 | M MERCHANT CR CD DEP 250326 TRUSTED TRANSPORTATI | $350.60 | | $291,376.22 |
| 03-27 | M MERCHANT DLY DIS S████████1652 | | $350.60 | $291,025.62 |
| 03-28 | WISE US INC EXSEEDINGL250328 From Exseedingly Con | $7,998.87 | | $299,024.49 |
| 03-28 | M MERCHANT CR CD DEP 250327 TRUSTED TRANSPORTATI | $664.22 | | $299,688.71 |
| 03-28 | M MERCHANT DLY DIS S████████1652 | | $664.22 | $299,024.49 |
| 03-31 | M MERCHANT CR CD DEP 250330 TRUSTED TRANSPORTATI | $1,413.94 | | $300,438.43 |
| 03-31 | M MERCHANT CR CD DEP 250328 TRUSTED TRANSPORTATI | $1,239.25 | | $301,677.68 |
| 03-31 | M MERCHANT DLY DIS S████████1652 | | $1,239.25 | $300,438.43 |
| 03-31 | M MERCHANT DLY DIS S████████1652 | | $1,413.94 | $299,024.49 |
| 04-01 | M MERCHANT CR CD DEP 250331 TRUSTED TRANSPORTATI | $51.00 | | $299,075.49 |
| 04-01 | M MERCHANT DLY DIS S████████1652 | | $51.00 | $299,024.49 |
| 04-02 | M MERCHANT CR CD DEP 250401 TRUSTED TRANSPORTATI | $388.84 | | $299,413.33 |
| 04-02 | M MERCHANT DLY DIS S████████1652 | | $388.84 | $299,024.49 |
| 04-02 | M MERCHANT MERCH FEES████████1652 | | $6,388.96 | $292,635.53 |
| 04-03 | M MERCHANT CR CD DEP 250402 TRUSTED TRANSPORTATI | $373.79 | | $293,009.32 |
| 04-03 | TREAS.LINK TRANSFER TO ACCT ████████7804 - BUSINESS CHECKING | | $25,000.00 | $268,009.32 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

# Santander

## Account Activity (Cont. for Acct# 7847)

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 04-03 | TREAS.LINK TRANSFER TO ACCT 7804 - BUSINESS CHECKING | | $10,000.00 | $258,009.32 |
| 04-03 | TREAS.LINK TRANSFER TO ACCT 7804 - BUSINESS CHECKING | | $35,000.00 | $223,009.32 |
| 04-03 | M MERCHANT DLY DIS S 1652 | | $373.79 | $222,635.53 |
| 04-04 | M MERCHANT CR CD DEP 250403 TRUSTED TRANSPORTATI | $453.04 | | $223,088.57 |
| 04-04 | M MERCHANT DLY DIS S 1652 | | $453.04 | $222,635.53 |
| 04-07 | M MERCHANT CR CD DEP 250404 TRUSTED TRANSPORTATI | $954.73 | | $223,590.26 |
| 04-07 | M MERCHANT CR CD DEP 250406 TRUSTED TRANSPORTATI | $518.35 | | $224,108.61 |
| 04-07 | M MERCHANT DLY DIS S 1652 | | $518.35 | $223,590.26 |
| 04-07 | M MERCHANT DLY DIS S 1652 | | $954.73 | $222,635.53 |
| 04-08 | M MERCHANT CR CD DEP 250407 TRUSTED TRANSPORTATI | $25.50 | | $222,661.03 |
| 04-08 | M MERCHANT DLY DIS S 1652 | | $25.50 | $222,635.53 |
| 04-08 | GATEWAY SERVICES WEBPAYMENT250407 | | $93.86 | $222,541.67 |
| 04-09 | M MERCHANT CR CD DEP 250408 TRUSTED TRANSPORTATI | $135.15 | | $222,676.82 |
| 04-09 | TREAS.LINK TRANSFER TO ACCT 2 7804 - BUSINESS CHECKING | | $20,000.00 | $202,676.82 |
| 04-09 | M MERCHANT DLY DIS S 1652 | | $135.15 | $202,541.67 |
| 04-10 | M MERCHANT CR CD DEP 250409 TRUSTED TRANSPORTATI | $440.71 | | $202,982.38 |
| 04-10 | M MERCHANT DLY DIS S 1652 | | $440.71 | $202,541.67 |
| 04-11 | M MERCHANT CR CD DEP 250410 TRUSTED TRANSPORTATI | $44.62 | | $202,586.29 |
| 04-11 | TREAS.LINK TRANSFER TO ACCT 7812 - BUSINESS CHECKING | | $2,000.00 | $200,586.29 |
| 04-11 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $50,000.00 | $150,586.29 |
| 04-11 | M MERCHANT DLY DIS S 1652 | | $44.62 | $150,541.67 |
| 04-11 | FEES FOR ACCOUNT ANALYSIS 03/31/25 | | $97.00 | $150,444.67 |
| 04-14 | M MERCHANT CR CD DEP 250413 TRUSTED TRANSPORTATI | $166.31 | | $150,610.98 |
| 04-14 | M MERCHANT CR CD DEP 250411 TRUSTED TRANSPORTATI | $133.87 | | $150,744.85 |
| 04-14 | EXXON WAPPINGERS FALLS WAPPINGERS FA/NY US CARD PURCHASE | | $49.28 | $150,695.57 |
| 04-14 | M MERCHANT DLY DIS S 1652 | | $133.87 | $150,561.70 |
| 04-14 | M MERCHANT DLY DIS S 1652 | | $166.31 | $150,395.39 |
| 04-15 | SHORE STOP 248 DOVER /DE US CARD PURCHASE | | $54.89 | $150,340.50 |
| 04-15 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $75,000.00 | $75,340.50 |
| 04-16 | TREAS.LINK TRANSFER FROM ACCT 7804 - BUSINESS CHECKING | $100,000.00 | | $175,340.50 |
| 04-16 | M MERCHANT CR CD DEP 250415 TRUSTED TRANSPORTATI | $95.62 | | $175,436.12 |
| 04-16 | M MERCHANT DLY DIS S 31652 | | $95.62 | $175,340.50 |
| 04-17 | M MERCHANT CR CD DEP 250416 TRUSTED TRANSPORTATI | $306.23 | | $175,646.73 |
| 04-17 | M MERCHANT DLY DIS S 1652 | | $306.23 | $175,340.50 |
| 04-17 | **Ending Balance** | | | $175,340.50 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

# Santander

Statement Period 04/18/25 TO 05/17/25
Primary Account #: ########7847

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 17

**TRUSTED TRANSPORTATION GROUP INC**

**WAPPINGERS FALLS NY 12590-1227**

## Santander is improving its Funds Availability Policy, effective April 5, 2025.

Please call us at the phone number on your statement if you have any questions.

We are increasing the minimum amount of funds available the next business day to $275 from $225. With this change, you could have an additional $50 available to you faster. In certain cases when longer delays may apply, such as large dollar deposits, our Funds Availability Policy threshold amount is being increased to $6,725 from $5,525.

After the effective date, our updated Funds Availability Policy will be posted in our branches for reference.

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2025 Santander Bank, N.A. All rights reserved. Santander, Santander Bank and the Flame logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners. 2504FUND 1090502 04/2025

## BUSINESS CHECKING PLUS

Statement Period 04/18/25 - 05/17/25

**TRUSTED TRANSPORTATION GROUP INC**   Account # ####7847

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $175,340.50 | Ending Balance | $1,241,957.68 |
| Deposits/Credits | +$1,298,655.09 | Average Daily Balance | $745,995.58 |
| Withdrawals/Debits | -$232,037.91 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 04-18 | Beginning Balance | | | $175,340.50 |
| 04-18 | TREAS.LINK TRANSFER FROM ACCT ####7804 - BUSINESS CHECKING | $100,000.00 | | $275,340.50 |
| 04-18 | M MERCHANT CR CD DEP 250417 TRUSTED TRANSPORTATI | $12.75 | | $275,353.25 |
| 04-18 | M MERCHANT DLY DIS S ###1652 | | $12.75 | $275,340.50 |
| 04-18 | GATEWAY SERVICES WEB | | $57.35 | $275,283.15 |
| 04-21 | M MERCHANT CR CD DEP NSPORTATI | $2,245.75 | | $277,528.90 |
| 04-21 | M MERCHANT CR CD DEP NSPORTATI | $414.33 | | $277,943.23 |
| 04-21 | INTUIT *QBooks Online CARD PURCHASE | | $53.52 | $277,889.71 |
| 04-21 | M MERCHANT DLY DIS S ###1652 | | $414.33 | $277,475.38 |
| 04-21 | M MERCHANT DLY DIS S ###1652 | | $2,245.75 | $275,229.63 |
| 04-22 | M MERCHANT CR CD DEP NSPORTATI | $61.20 | | $275,290.83 |
| 04-22 | M MERCHANT DLY DIS S ###1652 | | $61.20 | $275,229.63 |
| 04-23 | M MERCHANT CR CD DEP NSPORTATI | $1,182.13 | | $276,411.76 |
| 04-23 | M MERCHANT DLY DIS S ###1652 | | $1,182.13 | $275,229.63 |
| 04-24 | M MERCHANT CR CD DEP NSPORTATI | $236.34 | | $275,465.97 |
| 04-24 | M MERCHANT DLY DIS S ###1652 | | $236.34 | $275,229.63 |
| 04-25 | M MERCHANT CR CD DEP NSPORTATI | $1,174.44 | | $276,404.07 |
| 04-25 | M MERCHANT DLY DIS S ###1652 | | $1,174.44 | $275,229.63 |
| 04-28 | M MERCHANT CR CD DEP NSPORTATI | $499.18 | | $275,728.81 |

# Santander

## Account Activity (Cont. for Acct# 9540727847)

| Date | Description | | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 04-28 | M MERCHANT CR CD DE | NSPORTATI | $300.88 | | $276,029.69 |
| 04-28 | M MERCHANT DLY DIS S | 1652 | | $300.88 | $275,728.81 |
| 04-28 | M MERCHANT DLY DIS S | 1652 | | $499.18 | $275,229.63 |
| 04-29 | M MERCHANT CR CD DE | NSPORTATI | $31.87 | | $275,261.50 |
| 04-29 | M MERCHANT DLY DIS S | 1652 | | $31.87 | $275,229.63 |
| 04-29 | GATEWAY SERVICES WE | | | $74.84 | $275,154.79 |
| 04-30 | M MERCHANT TP RES RE | NSPORTATI | $598,667.72 | | $873,822.51 |
| 04-30 | M MERCHANT CR CD DE | NSPORTATI | $61,031.14 | | $934,853.65 |
| 04-30 | M MERCHANT DLY DIS S | 1652 | | $1,489.17 | $933,364.48 |
| 05-01 | M MERCHANT CR CD DE | NSPORTATI | $30,252.75 | | $963,617.23 |
| 05-01 | M MERCHANT DLY DIS S | 1652 | | $738.16 | $962,879.07 |
| 05-02 | M MERCHANT CR CD DE | NSPORTATI | $17,765.00 | | $980,644.07 |
| 05-02 | M MERCHANT DLY DIS S | 1652 | | $433.47 | $980,210.60 |
| 05-02 | M MERCHANT MERCH FE | 331652 | | $6,934.58 | $973,276.02 |
| 05-05 | M MERCHANT CR CD DE | NSPORTATI | $27,083.27 | | $1,000,359.29 |
| 05-05 | M MERCHANT CR CD DE | NSPORTATI | $14,734.50 | | $1,015,093.79 |
| 05-05 | WIRE TRANSFER OUTGOI | U RY LINK | | $10,000.00 | $1,005,093.79 |
| 05-05 | M MERCHANT DLY DIS S | 1652 | | $359.52 | $1,004,734.27 |
| 05-05 | M MERCHANT DLY DIS S | 1652 | | $660.84 | $1,004,073.43 |
| 05-06 | M MERCHANT CR CD DE | NSPORTATI | $5,225.00 | | $1,009,298.43 |
| 05-06 | GATEWAY SERVICES WE | | | $85.31 | $1,009,213.12 |
| 05-06 | M MERCHANT DLY DIS S | 1652 | | $127.49 | $1,009,085.63 |
| 05-07 | M MERCHANT CR CD DE | NSPORTATI | $43,613.08 | | $1,052,698.71 |
| 05-07 | WIRE TRANSFER OUTGOI | U RY LINK | | $50,000.00 | $1,002,698.71 |
| 05-07 | M MERCHANT DLY DIS S | 1652 | | $1,064.16 | $1,001,634.55 |
| 05-08 | M MERCHANT CR CD DE | NSPORTATI | $40,296.74 | | $1,041,931.29 |
| 05-08 | TRAILER WORLD INC BOV | ARD PURCHASE | | $1,000.00 | $1,040,931.29 |
| 05-08 | M MERCHANT DLY DIS S | 1652 | | $983.25 | $1,039,948.04 |
| 05-09 | M MERCHANT CR CD DE | NSPORTATI | $23,146.75 | | $1,063,094.79 |
| 05-09 | WIRE TRANSFER OUTGOI | U RY LINK | | $45,297.34 | $1,017,797.45 |
| 05-09 | M MERCHANT DLY DIS S | 1652 | | $564.79 | $1,017,232.66 |
| 05-12 | M MERCHANT CR CD DEP 250509 TRUSTED TRANSPORTATI | | $47,129.50 | | $1,064,362.16 |
| 05-12 | M MERCHANT CR CD DEP 250511 TRUSTED TRANSPORTATI | | $43,837.75 | | $1,108,199.91 |
| 05-12 | USD WIRE IN FROM JPMORGAN CHASE ACCT * 8151 OR REF FOR QUARTER SPEC | | $25,000.00 | | $1,133,199.91 |
| 05-12 | M MERCHANT DLY DIS S | 1652 | | $1,069.65 | $1,132,130.26 |
| 05-12 | M MERCHANT DLY DIS S | 1652 | | $1,149.96 | $1,130,980.30 |
| 05-13 | M MERCHANT CR CD DE | NSPORTATI | $261.25 | | $1,131,241.55 |
| 05-13 | M MERCHANT DLY DIS S | 1652 | | $6.37 | $1,131,235.18 |
| 05-13 | GATEWAY SERVICES WE | | | $66.49 | $1,131,168.69 |
| 05-13 | SANTANDER BILLPAY 260 | | | $855.08 | $1,130,313.61 |
| 05-13 | FEES FOR ACCOUNT ANA | | | $74.00 | $1,130,239.61 |
| 05-14 | M MERCHANT CR CD DE | NSPORTATI | $78,473.23 | | $1,208,712.84 |
| 05-14 | WIRE TRANSFER OUTGOI | U RY LINK | | $2,000.00 | $1,206,712.84 |
| 05-14 | M MERCHANT DLY DIS S | 1652 | | $1,914.74 | $1,204,798.10 |
| 05-15 | M MERCHANT CR CD DE | NSPORTATI | $96,791.04 | | $1,301,589.14 |
| 05-15 | WIRE TRANSFER OUTGOI | U RY LINK | | $9,499.99 | $1,292,089.15 |
| 05-15 | WIRE TRANSFER OUTGOI | U RY LINK | | $85,146.02 | $1,206,943.13 |
| 05-15 | M MERCHANT DLY DIS S | 1652 | | $2,361.70 | $1,204,581.43 |
| 05-16 | M MERCHANT CR CD DE | NSPORTATI | $39,187.50 | | $1,243,768.93 |
| 05-16 | SANTANDER BILLPAY 261 | | | $855.08 | $1,242,913.85 |
| 05-16 | M MERCHANT DLY DIS S | 1652 | | $956.17 | $1,241,957.68 |
| 05-17 | **Ending Balance** | | | | $1,241,957.68 |

**Santander**

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.



**Statement Period 05/18/25 TO 06/17/25**
**Primary Account #:** ███████7847

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 17

**TRUSTED TRANSPORTATION GROUP INC**
**31 EDGE HILL ROAD**
**WAPPINGERS FALLS NY 12590-1227**

## BUSINESS CHECKING PLUS          Statement Period 05/18/25 - 06/17/25

**TRUSTED TRANSPORTATION GROUP INC**          Account # ███████7847

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $1,241,957.68 | Ending Balance | $426,482.57 |
| Deposits/Credits | +$722,061.57 | Average Daily Balance | $833,560.85 |
| Withdrawals/Debits | -$1,537,536.68 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-18 | **Beginning Balance** | | | $1,241,957.68 |
| 05-19 | M MERCHANT CR CD DEP 250518 TRUSTED TRANSPORTATI | $46,032.25 | | $1,287,989.93 |
| 05-19 | M MERCHANT CR CD DEP 250516 TRUSTED TRANSPORTATI | $34,567.25 | | $1,322,557.18 |
| 05-19 | INTUIT *QBooks Online CL.INTUIT.COM /CA US CARD PURCHASE | | $53.52 | $1,322,503.66 |
| 05-19 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $5,100.00 | $1,317,403.66 |
| 05-19 | M MERCHANT DLY DIS S█████████652 | | $843.44 | $1,316,560.22 |
| 05-19 | M MERCHANT DLY DIS S█████████652 | | $1,123.18 | $1,315,437.04 |
| 05-20 | M MERCHANT CR CD DE█████████NSPORTATI | $1,045.00 | | $1,316,482.04 |
| 05-20 | WIRE TRANSFER OUTGOI█████████U RY LINK | | $5,500.00 | $1,310,982.04 |
| 05-20 | M MERCHANT DLY DIS S█████████652 | | $25.50 | $1,310,956.54 |
| 05-20 | GATEWAY SERVICES WEE█████████ | | $64.53 | $1,310,892.01 |
| 05-21 | M MERCHANT CR CD DE█████████NSPORTATI | $35,404.60 | | $1,346,296.61 |
| 05-21 | M MERCHANT DLY DIS S█████████652 | | $863.88 | $1,345,432.73 |
| 05-22 | M MERCHANT CR CD DE█████████NSPORTATI | $30,069.88 | | $1,375,502.61 |
| 05-22 | TREAS.LINK TRANSFER TO█████████0727804 - BUSINESS CHECKING | | $150,000.00 | $1,225,502.61 |
| 05-22 | WIRE TRANSFER OUTGOI█████████U RY LINK | | $2,000.00 | $1,223,502.61 |
| 05-22 | WIRE TRANSFER OUTGOI█████████U RY LINK | | $13,382.75 | $1,210,119.86 |
| 05-22 | WIRE TRANSFER OUTGOI█████████U RY LINK | | $91,746.00 | $1,118,373.86 |
| 05-22 | M MERCHANT DLY DIS S█████████652 | | $733.71 | $1,117,640.15 |
| 05-23 | M MERCHANT CR CD DE█████████NSPORTATI | $11,180.46 | | $1,128,820.61 |
| 05-23 | WIRE TRANSFER OUTGOI█████████U RY LINK | | $3,000.00 | $1,125,820.61 |
| 05-23 | M MERCHANT DLY DIS S█████████652 | | $272.80 | $1,125,547.81 |
| 05-27 | M MERCHANT CR CD DE█████████NSPORTATI | $13,137.75 | | $1,138,685.56 |
| 05-27 | M MERCHANT CR CD DE█████████NSPORTATI | $7,402.79 | | $1,146,088.35 |
| 05-27 | M MERCHANT CR CD DE█████████NSPORTATI | $261.25 | | $1,146,349.60 |
| 05-27 | FMCSA LICENSE REINS W█████████RD PURCHASE | | $80.00 | $1,146,269.60 |
| 05-27 | TREAS.LINK TRANSFER TO█████████0727812 - BUSINESS CHECKING | | $300,000.00 | $846,269.60 |
| 05-27 | M MERCHANT DLY DIS S█████████652 | | $6.37 | $846,263.23 |
| 05-27 | M MERCHANT DLY DIS S█████████652 | | $180.63 | $846,082.60 |
| 05-27 | M MERCHANT DLY DIS S█████████652 | | $320.57 | $845,762.03 |
| 05-28 | M MERCHANT CR CD DE█████████NSPORTATI | $21,117.36 | | $866,879.39 |
| 05-28 | TREAS.LINK TRANSFER TO█████████0727804 - BUSINESS CHECKING | | $50,000.00 | $816,879.39 |
| 05-28 | GATEWAY SERVICES WEE█████████ | | $51.61 | $816,827.78 |
| 05-28 | M MERCHANT DLY DIS S█████████652 | | $515.27 | $816,312.51 |
| 05-29 | M MERCHANT CR CD DEP 250528 TRUSTED TRANSPORTATI | $38,220.88 | | $854,533.39 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

███████7847

**Santander**

## Account Activity (Cont. for Acct# ▇▇▇▇7847)

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-29 | M MERCHANT DLY DIS S▇▇▇▇1652 | | $932.59 | $853,600.80 |
| 05-29 | PROG CASUALTY INS PRE▇▇▇ | | $9,803.00 | $843,797.80 |
| 05-30 | M MERCHANT CR CD DEP 250529 TRUSTED TRANSPORTATI | $20,987.48 | | $864,785.28 |
| 05-30 | INTERSTATE AUTHORITY L MOORE /OK US CARD PURCHASE | | $98.00 | $864,687.28 |
| 05-30 | INTERSTATE AUTHORITY L MOORE /OK US CARD PURCHASE | | $150.00 | $864,537.28 |
| 05-30 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $108,708.11 | $755,829.17 |
| 05-30 | M MERCHANT DLY DIS S▇▇▇1652 | | $512.09 | $755,317.08 |
| 06-02 | M MERCHANT CR CD DEP 250530 TRUSTED TRANSPORTATI | $7,142.58 | | $762,459.66 |
| 06-02 | M MERCHANT MERCH DEP 250601 TRUSTED TRANSPORTATI | $783.75 | | $763,243.41 |
| 06-02 | EXXON WAPPINGERS FALLS WAPPINGERS FA /NY US CARD PURCHASE | | $37.19 | $763,206.22 |
| 06-02 | EXXON WAPPINGERS FALLS WAPPINGERS FA /NY US CARD PURCHASE | | $15.56 | $763,190.66 |
| 06-02 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $4,400.00 | $758,790.66 |
| 06-02 | M MERCHANT DLY DISC ▇▇▇1087 | | $19.12 | $758,771.54 |
| 06-02 | M MERCHANT MERCH FE▇▇01087 | | $42.00 | $758,729.54 |
| 06-02 | M MERCHANT DLY DIS S ▇▇▇652 | | $174.28 | $758,555.26 |
| 06-02 | M MERCHANT CR CD CHBK250530 TRUSTED TRANSPORTATI | | $522.50 | $758,032.76 |
| 06-02 | M MERCHANT MERCH FEES▇▇▇1652 | | $11,096.29 | $746,936.47 |
| 06-04 | M MERCHANT MERCH DEP 250603 TRUSTED TRANSPORTATI | $18,412.90 | | $765,349.37 |
| 06-04 | NEW YORK STATE DMV WAPPINGERS FA /NY US CARD PURCHASE | | $7,779.61 | $757,569.76 |
| 06-04 | M MERCHANT DLY DISC S▇▇▇087 | | $449.29 | $757,120.47 |
| 06-05 | M MERCHANT MERCH DEP 250604 TRUSTED TRANSPORTATI | $41,329.75 | | $798,450.22 |
| 06-05 | TST* SBARRO - MILFORD MILFORD /CT US CARD PURCHASE | | $17.15 | $798,433.07 |
| 06-05 | M MERCHANT DLY DISC▇▇▇ | | $1,008.44 | $797,424.63 |
| 06-06 | TREAS.LINK TRANSFER FROM ACCT ▇▇▇7804 - BUSINESS CHECKING | $100,000.00 | | $897,424.63 |
| 06-06 | M MERCHANT MERCH DEP 250605 TRUSTED TRANSPORTATI | $20,691.00 | | $918,115.63 |
| 06-06 | SHELL OIL 575429791QPS CRANSTON /RI US CARD PURCHASE | | $27.91 | $918,087.72 |
| 06-06 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $200,000.00 | $718,087.72 |
| 06-06 | GATEWAY SERVICES WEBPAYMENT250605 | | $124.07 | $717,963.65 |
| 06-06 | M MERCHANT DLY DISC ▇▇▇1087 | | $504.86 | $717,458.79 |
| 06-06 | M MERCHANT CR CD CHBK250605 TRUSTED TRANSPORTATI | | $783.75 | $716,675.04 |
| 06-09 | M MERCHANT MERCH DEP 250608 TRUSTED TRANSPORTATI | $64,999.00 | | $781,674.04 |
| 06-09 | M MERCHANT MERCH DEP 250606 TRUSTED TRANSPORTATI | $20,553.06 | | $802,227.10 |
| 06-09 | M MERCHANT CR CD CHBK250606 TRUSTED TRANSPORTATI | $522.50 | | $802,749.60 |
| 06-09 | M MERCHANT DLY DISC ▇▇▇087 | | $501.50 | $802,248.10 |
| 06-09 | M MERCHANT DLY DISC ▇▇▇087 | | $1,585.98 | $800,662.12 |
| 06-10 | M MERCHANT MERCH DEP 250609 TRUSTED TRANSPORTATI | $5,251.13 | | $805,913.25 |
| 06-10 | STEPHANOSRISTORANTE FISHKILL /NY US CARD PURCHASE | | $274.77 | $805,638.48 |
| 06-10 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $59,410.21 | $746,228.27 |
| 06-10 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $125,949.51 | $620,278.76 |
| 06-10 | GATEWAY SERVICES WEBPAYMENT250609 | | $56.39 | $620,222.37 |
| 06-10 | M MERCHANT DLY DISC▇▇▇087 | | $128.12 | $620,094.25 |
| 06-11 | M MERCHANT MERCH DEP 250610 TRUSTED TRANSPORTATI | $52,489.05 | | $672,583.30 |
| 06-11 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $55,350.00 | $617,233.30 |
| 06-11 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $121,046.00 | $496,187.30 |
| 06-11 | M MERCHANT DLY DISC ▇▇▇1087 | | $1,280.73 | $494,906.57 |
| 06-12 | M MERCHANT MERCH DEP 250611 TRUSTED TRANSPORTATI | $24,319.24 | | $519,225.81 |
| 06-12 | T-MOBILE WAPPINGERS F/NY US CARD PURCHASE | | $1,332.85 | $517,892.96 |
| 06-12 | M MERCHANT DLY DISC ▇▇▇1087 | | $593.39 | $517,299.57 |
| 06-12 | FEES FOR ACCOUNT ANALYSIS 05/31/25 | | $331.00 | $516,968.57 |
| 06-13 | M MERCHANT MERCH DEP 250612 TRUSTED TRANSPORTATI | $27,170.00 | | $544,138.57 |
| 06-13 | WIRE TRANSFER OUTGOI NG DOMESTIC - TREASU RY LINK | | $17,659.24 | $526,479.33 |
| 06-13 | M MERCHANT CR CD CHBK250612 TRUSTED TRANSPORTATI | | $522.50 | $525,956.83 |
| 06-13 | M MERCHANT DLY DISC ▇▇▇1087 | | $662.95 | $525,293.88 |
| 06-16 | M MERCHANT MERCH D▇▇ ▇NSPORTATI | $41,538.75 | | $566,832.63 |
| 06-16 | M MERCHANT MERCH D▇▇ ▇NSPORTATI | $36,648.16 | | $603,480.79 |
| 06-16 | M MERCHANT DLY DISC ▇▇▇1087 | | $894.22 | $602,586.57 |
| 06-16 | M MERCHANT DLY DISC ▇▇▇1087 | | $1,013.55 | $601,573.02 |
| 06-17 | M MERCHANT MERCH D▇▇ ▇NSPORTATI | $783.75 | | $602,356.77 |
| 06-17 | WIRE TRANSFER OUTGOI▇▇▇ RY LINK | | $175,000.00 | $427,356.77 |
| 06-17 | M MERCHANT DLY DISC ▇▇▇1087 | | $19.12 | $427,337.65 |
| 06-17 | SANTANDER BILLPAY 275559988 | | $855.08 | $426,482.57 |
| 06-17 | **Ending Balance** | | | $426,482.57 |

**Santander**

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

# Santander

Statement Period 06/18/25 TO 07/17/25
Primary Account #: ███████7847

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 17

**TRUSTED TRANSPORTATION GROUP INC**
████████████
**WAPPINGERS FALLS NY 12590-1227**

## BUSINESS CHECKING PLUS

Statement Period 06/18/25 - 07/17/25

**TRUSTED TRANSPORTATION GROUP INC**   Account # ███████7847

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $426,482.57 | Ending Balance | $277,214.36 |
| Deposits/Credits | +$64,944.14 | Average Daily Balance | $320,125.99 |
| Withdrawals/Debits | -$214,212.35 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 06-18 | Beginning Balance | | | $426,482.57 |
| 06-18 | M MERCHANT MERCH DEP 250617 TRUSTED TRANSPORTATI | $20,973.15 | | $447,455.72 |
| 06-18 | M MERCHANT DLY DISC ██████████ 087 | | $511.75 | $446,943.97 |
| 06-20 | M MERCHANT MERCH DEP 250618 TRUSTED TRANSPORTATI | $8,673.50 | | $455,617.47 |
| 06-20 | M MERCHANT MERCH DEP 250619 TRUSTED TRANSPORTATI | $940.50 | | $456,557.97 |
| 06-20 | EXXON WAPPINGERS FALLS WAPPINGERS FA /NY US CARD PURCHASE | | $103.30 | $456,454.67 |
| 06-20 | TREAS.LINK TRANSFER TO ACCT ███████7804 - BUSINESS CHECKING | | $50,000.00 | $406,454.67 |
| 06-20 | INTUIT *QBooks Online CL.INTUIT.COM /CA US CARD PURCHASE | | $107.04 | $406,347.63 |
| 06-20 | M MERCHANT DLY DISC ██████████ 087 | | $22.94 | $406,324.69 |
| 06-20 | GATEWAY SERVICES WE██████████ | | $67.68 | $406,257.01 |
| 06-20 | M MERCHANT DLY DISC ██████████ 087 | | $211.64 | $406,045.37 |
| 06-23 | EXXON WAPPINGERS FALLS WAPPINGERS FA /NY US CARD PURCHASE | | $50.21 | $405,995.16 |
| 06-23 | EDIBLE.COM ATLANTA /GA US CARD PURCHASE | | $167.55 | $405,827.61 |
| 06-23 | M MERCHANT DLY DISC ██████████ 087 | | $7.11 | $405,820.50 |
| 06-23 | M MERCHANT DLY DISC ██████████ 087 | | $12.75 | $405,807.75 |
| 06-23 | M MERCHANT MERCH DEP 250622 TRUSTED TRANSPORTATI | | $291.25 | $405,516.50 |
| 06-23 | M MERCHANT MERCH DEP 250620 TRUSTED TRANSPORTATI | | $522.50 | $404,994.00 |
| 06-24 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $4,248.23 | $400,745.77 |
| 06-26 | THE HOME DEPOT #1207 WAPPINGERS FL /NY US CARD PURCHASE | | $258.00 | $400,487.77 |
| 06-26 | PROGRESSIVE *INSURANCE 800-776-4737 /OH US CARD PURCHASE | | $2,077.00 | $398,410.77 |
| 06-27 | PROG CASUALTY INS PREM 250626 | | $8,636.00 | $389,774.77 |
| 06-30 | NEW YORK STATE DMV WAPPINGERS FA /NY US CARD PURCHASE | | $330.25 | $389,444.52 |
| 06-30 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $126,887.26 | $262,557.26 |
| 07-01 | EXXON WAPPINGERS FALLS WAPPINGERS FA /NY US CARD PURCHASE | | $117.20 | $262,440.06 |
| 07-01 | EXXON WAPPINGERS FALLS WAPPINGERS FA /NY US CARD PURCHASE | | $17.68 | $262,422.38 |
| 07-01 | GATEWAY SERVICES WEBPAYMENT250630 | | $63.42 | $262,358.96 |
| 07-02 | M MERCHANT MERCH FEES2 ██████1652 | | $279.75 | $262,079.21 |
| 07-02 | M MERCHANT MERCH FEES2 ██████1087 | | $5,742.99 | $256,336.22 |
| 07-02 | PROG CASUALTY INS PREM 250701 | | $7,177.00 | $249,159.22 |
| 07-03 | M MERCHANT MERCH DEP 250702 TRUSTED TRANSPORTATI | $2,873.75 | | $252,032.97 |
| 07-03 | M MERCHANT DLY DISC ██████████ 087 | | $70.12 | $251,962.85 |
| 07-07 | M MERCHANT MERCH DEP 250704 TRUSTED TRANSPORTATI | $2,351.25 | | $254,314.10 |
| 07-07 | M MERCHANT MERCH DEP 250703 TRUSTED TRANSPORTATI | $1,180.85 | | $255,494.95 |
| 07-07 | M MERCHANT MERCH DEP 250706 TRUSTED TRANSPORTATI | $809.88 | | $256,304.83 |
| 07-07 | THE HOME DEPOT #1207 WAPPINGERS FL /NY US CARD PURCHASE | | $244.51 | $256,060.32 |
| 07-07 | M MERCHANT DLY DISC ██████████ 087 | | $19.76 | $256,040.56 |
| 07-07 | M MERCHANT DLY DISC ██████████ 087 | | $28.81 | $256,011.75 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

**Santander**

## Account Activity (Cont. for Acct# ███████7847)

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 07-07 | M MERCHANT DLY DISC ███████ 1087 | | $57.37 | $255,954.38 |
| 07-08 | TMOBILE PO 12920 SE 38T/WA US CARD PURCHASE | | $398.00 | $255,556.38 |
| 07-08 | GATEWAY SERVICES WEBPAYMENT250707 | | $82.18 | $255,474.20 |
| 07-09 | M MERCHANT MERCH DEP 250708 TRUSTED TRANSPORTATI | $1,306.25 | | $256,780.45 |
| 07-09 | EXXON WAPPINGERS FALLS WAPPINGERS FA/NY US CARD PURCHASE | | $43.65 | $256,736.80 |
| 07-09 | M MERCHANT DLY DISC ███████ 087 | | $31.87 | $256,704.93 |
| 07-10 | M MERCHANT MERCH DEP 250709 TRUSTED TRANSPORTATI | $15,100.25 | | $271,805.18 |
| 07-10 | DUTCHESS METAL SUPPLY 845-454-9330 /NY US CARD PURCHASE | | $75.69 | $271,729.49 |
| 07-10 | M MERCHANT DLY DISC ███████ 087 | | $368.45 | $271,361.04 |
| 07-10 | M MERCHANT CR CD CHBK250709 TRUSTED TRANSPORTATI | | $2,090.00 | $269,271.04 |
| 07-11 | E-Z*PASSNY PAYMENT 800-333-8655 /NY US CARD PURCHASE | | $100.00 | $269,171.04 |
| 07-11 | EZ PASS REAL TIME (CSC BEREA /OH US CARD PURCHASE | | $41.00 | $269,130.04 |
| 07-14 | M MERCHANT MERCH DEP 250713 TRUSTED TRANSPORTATI | $1,358.50 | | $270,488.54 |
| 07-14 | VISTAPRINT 8662074955 /MA US CARD PURCHASE | | $330.85 | $270,157.69 |
| 07-14 | VISTAPRINT 8662074955 /MA US CARD PURCHASE | | $227.04 | $269,930.65 |
| 07-14 | M MERCHANT DLY DISC ███████ 1087 | | $33.15 | $269,897.50 |
| 07-14 | FEES FOR ACCOUNT ANALYSIS 06/30/25 | | $250.00 | $269,647.50 |
| 07-15 | M MERCHANT MERCH DEP 250714 TRUSTED TRANSPORTATI | $546.01 | | $270,193.51 |
| 07-15 | M MERCHANT DLY DISC S ███████ 1087 | | $13.32 | $270,180.19 |
| 07-15 | SANTANDER BILLPAY 2875 ███████ | | $855.08 | $269,325.11 |
| 07-16 | M MERCHANT MERCH DE ███████ NSPORTATI | $5,434.00 | | $274,759.11 |
| 07-16 | M MERCHANT DLY DISC S ███████ 1087 | | $132.59 | $274,626.52 |
| 07-17 | M MERCHANT MERCH DE ███████ NSPORTATI | $3,396.25 | | $278,022.77 |
| 07-17 | EXXON WAPPINGERS FALL ███████ US CARD PURCHASE | | $107.32 | $277,915.45 |
| 07-17 | M MERCHANT MERCH CH ███████ ANSPORTATI | | $261.25 | $277,654.20 |
| 07-17 | M MERCHANT DLY DISC S ███████ 1087 | | $439.84 | $277,214.36 |
| 07-17 | **Ending Balance** | | | $277,214.36 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

# Santander

Statement Period 07/18/25 TO 08/17/25
Primary Account #: 7847

If you have questions about your statement, contact the Business Customer Service Team at 1-877-768-1145. Hearing- and speech-impaired customers may use 7-1-1. www.santanderbank.com

0000
7 7 17

**TRUSTED TRANSPORTATION GROUP INC**

**WAPPINGERS FALLS NY 12590-1227**

## Important information

Good news! As of September 29, 2025, we will be eliminating the Stop Payment Fee for both Check and ACH Stop Payment requests. This change will be reflected in the Personal Deposit Account Fee Schedule and Business Deposit Account Fee Schedule on www.santanderbank.com from the same date.

Additionally, as of September 29, 2025, we will not accept for deposit into your account any items drawn on non-U.S. banks. From September 29, 2025, please see the updated Personal Deposit Account Agreement or Business Deposit Account Agreement on www.santanderbank.com for more details.

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2025 Santander Bank, N.A. All rights reserved. Santander, Santander Bank and the Flame logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.
1124501 07/2025

## BUSINESS CHECKING PLUS

Statement Period 07/18/25 - 08/17/25

**TRUSTED TRANSPORTATION GROUP INC**       Account # 7847

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $277,214.36 | Ending Balance | $5.58 |
| Deposits/Credits | +$106,455.71 | Average Daily Balance | $259,705.21 |
| Withdrawals/Debits | -$383,664.49 | | |

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 07-18 | **Beginning Balance** | | | $277,214.36 |
| 07-18 | M MERCHANT MERCH DEP 250717 TRUSTED TRANSPORTATI | $1,776.50 | | $278,990.86 |
| 07-18 | M MERCHANT DLY DISC ... 087 | | $43.35 | $278,947.51 |
| 07-18 | M MERCHANT CR CD CH ... NSPORTATI | | $1,567.50 | $277,380.01 |
| 07-21 | M MERCHANT MERCH D ... NSPORTATI | $3,135.00 | | $280,515.01 |
| 07-21 | M MERCHANT MERCH D ... NSPORTATI | $523.53 | | $281,038.54 |
| 07-21 | E-Z*PASSNY REBILL 800-... URCHASE | | $100.00 | $280,938.54 |
| 07-21 | INTUIT *QBooks Online ... RD PURCHASE | | $107.04 | $280,831.50 |
| 07-21 | M MERCHANT DLY DISC ... 087 | | $12.77 | $280,818.73 |
| 07-21 | M MERCHANT DLY DISC ... 087 | | $76.50 | $280,742.23 |
| 07-22 | M MERCHANT MERCH D ... NSPORTATI | $4,441.25 | | $285,183.48 |
| 07-22 | M MERCHANT DLY DISC ... 087 | | $108.37 | $285,075.11 |
| 07-23 | M MERCHANT MERCH D ... NSPORTATI | $2,612.50 | | $287,687.61 |
| 07-23 | E-Z*PASSNY REBILL 800-... URCHASE | | $100.00 | $287,587.61 |
| 07-23 | M MERCHANT DLY DISC ... 087 | | $63.74 | $287,523.87 |
| 07-24 | M MERCHANT MERCH D ... NSPORTATI | $4,807.00 | | $292,330.87 |
| 07-24 | E-Z*PASSNY REBILL 800-... URCHASE | | $100.00 | $292,230.87 |
| 07-24 | GATEWAY SERVICES WE ... | | $67.05 | $292,163.82 |
| 07-24 | M MERCHANT DLY DISC ... 087 | | $117.29 | $292,046.53 |
| 07-25 | M MERCHANT MERCH DEP 250724 TRUSTED TRANSPORTATI | $2,309.45 | | $294,355.98 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

# Santander

## Account Activity (Cont. for Acct# XXXX7847)

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 07-25 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $5,000.00 | $289,355.98 |
| 07-25 | M MERCHANT DLY DISC XXXX1087 | | $56.35 | $289,299.63 |
| 07-25 | M MERCHANT MERCH CHBK250724 TRUSTED TRANSPORTATI | | $1,567.50 | $287,732.13 |
| 07-28 | M MERCHANT MERCH DEP 250725 TRUSTED TRANSPORTATI | $21,061.98 | | $308,794.11 |
| 07-28 | MONTGOMERY VALERO ROCK TAVERN /NY US CARD PURCHASE | | $98.69 | $308,695.42 |
| 07-28 | E-ZPASS MA AUBURN /MA US CARD PURCHASE | | $37.75 | $308,657.67 |
| 07-28 | DRIVEEZMD MPC BALTIMORE /MD US CARD PURCHASE | | $144.00 | $308,513.67 |
| 07-28 | SUNPASS*ACC97463326 888-865-5352 /FL US CARD PURCHASE | | $10.40 | $308,503.27 |
| 07-28 | SUNPASS*ACC97463326 888-865-5352 /FL US CARD PURCHASE | | $12.72 | $308,490.55 |
| 07-28 | SUNPASS*ACC97463326 888-865-5352 /FL US CARD PURCHASE | | $10.00 | $308,480.55 |
| 07-28 | E-Z*PASSNY REBILL 800-333-8655 /NY US CARD PURCHASE | | $100.00 | $308,380.55 |
| 07-28 | SUNPASS*ACC97463326 888-865-5352 /FL US CARD PURCHASE | | $10.00 | $308,370.55 |
| 07-28 | E-Z*PASSNY REBILL 800-333-8655 /NY US CARD PURCHASE | | $100.00 | $308,270.55 |
| 07-28 | SUNPASS*ACC97463326 888-865-5352 /FL US CARD PURCHASE | | $10.00 | $308,260.55 |
| 07-28 | M MERCHANT DLY DISC XXXX1087 | | $513.92 | $307,746.63 |
| 07-29 | DRIVEEZMD MPC BALTIMORE /MD US CARD PURCHASE | | $24.00 | $307,722.63 |
| 07-30 | M MERCHANT MERCH DEP 250729 TRUSTED TRANSPORTATI | $15,152.50 | | $322,875.13 |
| 07-30 | M MERCHANT DLY DISC XXXX087 | | $369.71 | $322,505.42 |
| 07-31 | M MERCHANT MERCH DEP 250730 TRUSTED TRANSPORTATI | $3,030.50 | | $325,535.92 |
| 07-31 | VISTAPRINT 8662074955 /MA US CARD PURCHASE | | $85.18 | $325,450.74 |
| 07-31 | VISTAPRINT 8662074955 /MA US CARD PURCHASE | | $87.08 | $325,363.66 |
| 07-31 | CENTRALDISPATCH.COM NEW HYDE PARK /NY US CARD PURCHASE | | $151.32 | $325,212.34 |
| 07-31 | M MERCHANT DLY DISC XXXX1087 | | $73.95 | $325,138.39 |
| 07-31 | PAYCHEX EIB INVOICE 250731 X12959700008493 | | $326.16 | $324,812.23 |
| 07-31 | PAYCHEX - RCX PAYROLL 12954100000704X | | $1,216.52 | $323,595.71 |
| 07-31 | PROG CASUALTY INS PREM 250730 | | $7,306.00 | $316,289.71 |
| 08-01 | M MERCHANT MERCH DEP 250731 TRUSTED TRANSPORTATI | $3,835.15 | | $320,124.86 |
| 08-01 | E-Z*PASSNY REBILL 800-333-8655 /NY US CARD PURCHASE | | $100.00 | $320,024.86 |
| 08-01 | PTC EZPASS CSC WEB IVR HARRISBURG /PA US CARD PURCHASE | | $3.60 | $320,021.26 |
| 08-01 | PTC EZPASS CSC WEB IVR HARRISBURG /PA US CARD PURCHASE | | $24.44 | $319,996.82 |
| 08-01 | M MERCHANT DLY DISC S250731 217201100201087 | | $93.58 | $319,903.24 |
| 08-01 | PAYCHEX TPS TAXES 073025 12951800040047X | | $407.23 | $319,496.01 |
| 08-04 | M MERCHANT MERCH DEP 250803 TRUSTED TRANSPORTATI | $2,612.50 | | $322,108.51 |
| 08-04 | M MERCHANT MERCH DEP 250801 TRUSTED TRANSPORTATI | $2,351.25 | | $324,459.76 |
| 08-04 | E-Z*PASSNY REBILL 800-333-8655 /NY US CARD PURCHASE | | $100.00 | $324,359.76 |
| 08-04 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $4,000.00 | $320,359.76 |
| 08-04 | M MERCHANT DLY DISC XXXX087 | | $57.36 | $320,302.40 |
| 08-04 | M MERCHANT DLY DISC XXXX087 | | $63.74 | $320,238.66 |
| 08-04 | M MERCHANT MERCH FEES2 XXXX652 | | $80.90 | $320,157.76 |
| 08-04 | M MERCHANT MERCH FEES2 XXXX087 | | $1,751.24 | $318,406.52 |
| 08-05 | M MERCHANT MERCH DEP 250804 TRUSTED TRANSPORTATI | $5,912.61 | | $324,319.13 |
| 08-05 | DRIVEEZMD MPC BALTIMORE /MD US CARD PURCHASE | | $48.00 | $324,271.13 |
| 08-05 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $7,000.00 | $317,271.13 |
| 08-05 | M MERCHANT DLY DISC XXXX087 | | $144.27 | $317,126.86 |
| 08-06 | M MERCHANT MERCH DEP 250805 TRUSTED TRANSPORTATI | $1,306.25 | | $318,433.11 |
| 08-06 | E-Z*PASSNY REBILL 800-333-8655 /NY US CARD PURCHASE | | $100.00 | $318,333.11 |
| 08-06 | M MERCHANT DLY DISC XXXX1087 | | $31.87 | $318,301.24 |
| 08-06 | GATEWAY SERVICES WEBPAYMENT250805 | | $111.59 | $318,189.65 |
| 08-07 | M MERCHANT MERCH DEP 250806 TRUSTED TRANSPORTATI | $1,306.25 | | $319,495.90 |
| 08-07 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $4,000.00 | $315,495.90 |
| 08-07 | M MERCHANT DLY DISC S XXXX1087 | | $31.87 | $315,464.03 |
| 08-07 | PAYCHEX EIB INVOICE 250807 X13035100001510 | | $326.16 | $315,137.87 |
| 08-07 | PAYCHEX PAYROLL 13030300000807X | | $1,216.52 | $313,921.35 |
| 08-07 | M MERCHANT MERCH CHBK250806 TRUSTED TRANSPORTATI | | $5,225.00 | $308,696.35 |
| 08-08 | M MERCHANT MERCH DEP 250807 TRUSTED TRANSPORTATI | $261.25 | | $308,957.60 |
| 08-08 | E-Z*PASSNY REBILL 800-333-8655 /NY US CARD PURCHASE | | $100.00 | $308,857.60 |
| 08-08 | EXXON ARLINGTON ARLINGTON /NY US CARD PURCHASE | | $75.88 | $308,781.72 |
| 08-08 | M MERCHANT DLY DISC XXXX087 | | $6.37 | $308,775.35 |
| 08-08 | PAYCHEX TPS TAXES 080425 13035500016967X | | $407.23 | $308,368.12 |
| 08-11 | M MERCHANT MERCH DEP 250808 TRUSTED TRANSPORTATI | $11,756.25 | | $320,124.37 |
| 08-11 | M MERCHANT MERCH DEP 250810 TRUSTED TRANSPORTATI | $8,161.45 | | $328,285.82 |
| 08-11 | E-Z*PASSNY REBILL 800-333-8655 /NY US CARD PURCHASE | | $100.00 | $328,185.82 |
| 08-11 | E-Z*PASSNY REBILL 800-333-8655 /NY US CARD PURCHASE | | $100.00 | $328,085.82 |

Santander

## Account Activity (Cont. for Acct# 7847)

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 08-11 | M MERCHANT DLY DISC 1087 | | $199.13 | $327,886.69 |
| 08-11 | M MERCHANT DLY DISC 1087 | | $286.85 | $327,599.84 |
| 08-12 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $4,000.00 | $323,599.84 |
| 08-12 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $20,000.00 | $303,599.84 |
| 08-13 | OPC*NASSAUCNTY MESA /AZ US CARD PURCHASE | | $6.00 | $303,593.84 |
| 08-13 | OPC*NASSAU CNTY MESA /AZ US CARD PURCHASE | | $75.00 | $303,518.84 |
| 08-13 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $50,000.00 | $253,518.84 |
| 08-13 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $76,651.09 | $176,867.75 |
| 08-13 | FEES FOR ACCOUNT ANALYSIS 07/31/25 | | $52.00 | $176,815.75 |
| 08-14 | INTERNET TRANSFER FROM ACCT 463 - BUSINESS MONEY MARKET SAVINGS | $10,102.54 | | $186,918.29 |
| 08-14 | E-Z*PASSNY REBILL 800-333-8655 /NY US CARD PURCHASE | | $100.00 | $186,818.29 |
| 08-14 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $26,000.00 | $160,818.29 |
| 08-14 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $57,498.00 | $103,320.29 |
| 08-14 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $100,000.00 | $3,320.29 |
| 08-14 | PAYCHEX EIB INVOICE 250814 X13186100000277 | | $274.66 | $3,045.63 |
| 08-14 | PAYCHEX PAYROLL 13182200001629X | | $1,216.52 | $1,829.11 |
| 08-15 | NJ EZPASS NEWARK /NJ US CARD PURCHASE | | $506.30 | $1,322.81 |
| 08-15 | SUNPASS*ACC97463326 888-865-5352 /FL US CARD PURCHASE | | $10.00 | $1,312.81 |
| 08-15 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $900.00 | $412.81 |
| 08-15 | PAYCHEX TPS TAXES 081125 13181400021069X | | $407.23 | $5.58 |
| 08-17 | **Ending Balance** | | | $5.58 |

Please contact us immediately if you think your statement contains any errors or you need additional information about a transaction on your statement. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared. This time period may be shorter for certain transaction types. Please review your Business Deposit Account Agreement for applicable terms and conditions.