Town Hall 1 - Posted to Youtube January 13, 2025

Excerpt of Rough transcript

S.M. (01:18:50.447 - 01:18:57.231): Okay. Okay. I mean, worst case scenario, I'll contact my credit card company and ask them not to, you know, put a hold on my transaction.

JOSEPH MORI (01:18:57.619 - 01:19:07.778): Yeah, sometimes if you call me, say, I'm charging X with this company, this is the amount. Generally, you know, they can green green light it.

S.M. (01:19:07.778 - 01:19:11.490): Right. And it's Trusted Transportation Inc.

JOSEPH MORI (01:19:11.794 - 01:19:13.954): Right, that's my trucking company.

S.M. (01:19:14.714 - 01:19:15.473): Okay, cool, cool.

JOSEPH MORI (01:19:16.975 - 01:19:28.585): So the nice thing is they do a lot of credit card business. So having money coming in through there is like not even a blip on the radar, so it's no big deal.

S.M. (01:19:29.159 - 01:19:39.756): All right, thank you so much. Al