**BUSINESS**

...sfer | Collect & deposit | Investments | Benefits & travel | Account management | Security

Showing: Outgoing wire transfer

| Date | Description | Type |
|---|---|---|
| Jun 25, 2025 | ONLINE DOMESTIC WIRE TRANSFER VIA: SANTANDER BK/231372691 A/C: EXCEEDINGLY CONSULTING GROUP WAPPINGERS FALLS NY 12590 US REF: ADD THIS 7000 AND THE 3121 IN INTEREST WALLET AND INVEST 10121 IN QUAR TERLY PLAN IMAD: 0625MMQFMP2N022686 TRN: 3404515176ES 06/25 | Outgoing wire transfer |
| Jun 24, 2025 | ONLINE DOMESTIC WIRE TRANSFER VIA: SANTANDER BK/231372691 A/C: EXCEEDINGLY CONSULTING GROUP WAPPINGERS FALLS NY 12590 US REF: FOR 3 MONTH QUARTERLY PLAN IMAD: 0624MMQFMP2N004441 TRN: 3035035175ES 06/24 | Outgoing wire transfer |
| Jun 23, 2025 | ONLINE DOMESTIC WIRE TRANSFER VIA: SANTANDER BK/231372691 A/C: EXCEEDINGLY CONSULTING GROUP WAPPINGERS FALLS NY 12590 US REF: FOR 3 MONTH INVESTMENT IMAD: 0623MMQFMP2M009176 TRN: 3221905174ES 06/23 | Outgoing wire transfer |
| May 12, 2025 | ONLINE DOMESTIC WIRE TRANSFER VIA: SANTANDER BK/231372691 A/C: TRUSTED TRANSPORTATION GROUP INC NEW YORK NY 10017 US REF: FOR QUARTER SPECIAL IMAD: 0512MMQFMP2M018236 TRN: 3404055132ES 05/12 | Outgoing wire transfer |